1  VENABLE LLP
   Douglas C. Emhoff (SBN 151049)
2  demhoff@venable.com
   Tamany Vinson Bentz (SBN 258600)
3  tjbentz@venable.com
   Matthew J. Busch (SBN 307396)
4  mjbusch@venable.com
   2049 Century Park East, Suite 2300
5  Los Angeles, CA  90067
   Telephone:   (310) 229-9900
6  Facsimile:    (310) 229-9901

7  Attorneys for Plaintiff Jukin Media, Inc.

8              UNITED STATES DISTRICT COURT

9          FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11 | JUKIN MEDIA, INC., a California | CASE NO. 2:16-cv-6800-JFW
   | corporation,                   | (SSx)
12 |                                |
   |              Plaintiff,        |
13 |                                | **AMENDED COMPLAINT FOR:**
   |        v.                      |
14 |                                | **1) COPYRIGHT
   | QWORLDSTAR, INC., a California  | INFRINGEMENT; AND**
15 | corporation, d/b/a  Worldstar, Worldstar |
   | Hip Hop, Worldstar Candy, and/or | **2) FEDERAL TRADEMARK
16 | Worldstar Agency; WORLDSTAR     | INFRINGEMENT**
   | MANAGEMENT, LLC a California    |
17 | limited liability company; and DOES 1 |
   | through 10,                    | **DEMAND FOR JURY TRIAL**
18 |                                |
   |              Defendants.       | Action Filed:   September 12, 2016
19 |                                | Trial Date:     None set

20

21

22

23

24

25

26

27

28

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

Plaintiff Jukin Media, Inc., for its complaint, alleges the following:

## INTRODUCTION

1.      Jukin Media, Inc. ("Jukin") is a digital media company headquartered in Los Angeles, California.  Jukin provides content and licensing resources for internet video content and has a library of over 30,000 pieces of original user-generated content.  To build this library, Jukin employs fifteen people full time to discover trending and valuable content.  These employees devote their time to identifying content that will be popular and valuable – determinations that depend on their data analysis and experience in the digital media industry.  Jukin then commits its resources to finding the correct owner of the content and acquiring or licensing it.  Once Jukin and the owner enter into a deal, Jukin actively markets the video to increase its value to the benefit of the creator and Jukin.

2.      Jukin provides private individuals a way to monetize their videos by accessing a historically difficult-to-enter market for media content, and has become a market leader in the discovery, acquisition, monetization, licensing, and distribution of short-form viral video content.  In fact, Jukin is consistently ranked among the top watched media properties.  Jukin offers a proprietary platform that allows its partners access to its library for use in various commercial applications. Jukin also offers curated video collections via its themed YouTube channels and content-focused websites, and independently produces or co-produces content displayed on broadcast television and other traditional means of media distribution.

3.      Jukin also employs a rights management team to actively mitigate the effects of lost revenue to its video owners by seeking licenses or advertising revenue monetization from infringing parties.

4.      Despite notice of Jukin's proprietary rights, Defendants QWorldstar, Inc. and Worldstar Management, LLC ("Defendants" or "Worldstar") have and continue to willfully infringe Jukin's rights by copying Jukin's videos without permission or a license to do so.

AMENDED COMPLAINT

## THE PARTIES

5.     Plaintiff Jukin Media, Inc. is a California corporation with its principal place of business in Los Angeles, California.

6.     On information and belief, Defendant QWorldstar, Inc. is a California corporation with its principal place of business at 1880 Century Park East, Suite 200, Los Angeles, CA 90067.

7.     On information and belief, Defendant Worldstar Management, LLC is a California corporation with its principal place of business at 1880 Century Park East, Suite 200, Los Angeles, CA 90067.

8.     Defendants operate websites at www.worldstarhiphop.com, www.worldstaruncut.com, and www.worldstarcandy.com that display articles, photographs, and videos uploaded by Defendants' staff.  Defendants also display videos from their Facebook, Instagram and Twitter accounts (collectively referred to herein as the "Worldstar Social Media Accounts").

9.     Jukin is currently unaware of the identities of Defendants Does 1–10, and therefore, sues such Defendants by such pseudonyms.  Upon information and belief, discovery will reveal the true identities of those Defendants and Jukin will then amend this Complaint to identify those Defendants by name.

10.     Upon information and belief, there now exists, and at all relevant times herein there existed, a unity of interest and ownership between and among Defendants, such that any individuality and separateness between and among them has ceased to exist, and Defendants, and each of them, are the alter egos of each other.  Upon information and belief, at all material times herein, each Defendant was the agent, employee, partner, or representative of every other Defendant, and each has the authority to bind the others in transactions with third parties.  Upon information and belief, each Defendant named herein committed acts and omissions leading to Jukin's damages, were acting in concert and active participation with each other in committing the wrongful acts alleged herein, and in

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

AMENDED COMPLAINT

1  so doing acted within the scope and course of their agency with every other

2  Defendant named herein and each of them authorized, directed, accepted, ratified,

3  and approved of such actions.

## JURISDICTION AND VENUE

4

5  11.   This Complaint arises under the Copyright Act, 17 U.S.C. § 101 *et*

6  *seq.* and the Lanham Act, 15 U.S.C. §§ 1051 *et seq.*  Accordingly, this Court has

7  subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338.

8  12.   Worldstar is subject to the personal jurisdiction of this Court because,

9  among other things, Worldstar is doing business in the state of California, and the

10  acts of infringement complained of in this Complaint took place in the state of

11  California.

12  13.   Venue is proper in this judicial district pursuant to 28 U.S.C. §

13  1391(b)(2) because a substantial part of the events that give rise to this Complaint

14  occurred in this judicial district and Worldstar resides in this judicial district.

## FACTUAL ALLEGATIONS

15

16  14.   Jukin invests in substantial research and analytical efforts to discover

17  short-form viral videos that it believes may be interesting to the public.  Jukin's

18  fifteen full time employees research and evaluate videos, on a case-by-case basis,

19  that are likely to be popular and valuable, *i.e.*, have the potential to go viral.  For

20  every 400 videos it reviews, only about 20 are considered for acquisition.  Jukin

21  then either licenses or acquires the right to use the videos, or portions thereof, in

22  various commercial applications.  Jukin often acquires these rights on an exclusive

23  basis.  Jukin monetizes these videos through advertising revenue and by licensing

24  to various distribution channels for use in advertisements, entertainment

25  productions, news programs, and other productions desirous of short-form content.

26  For purposes of this Complaint, videos acquired or licensed by Jukin will be

27  referred to as the "Jukin Original Videos" or simply the "Original Videos."

28  15.   Jukin also monetizes the Original Videos via broadcast on Jukin's

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

AMENDED COMPLAINT

own branded YouTube channels, on several of its websites including www.JukinVideo.com, and through other partners such as Verizon's Go90 platform and The Huffington Post.  Jukin may also re-publish certain videos in order to increase their distribution.  When Jukin republishes the Original Videos, it typically does so almost immediately after acquiring the rights to these videos so that it can expand the virality of the videos and increase its revenue generated therefrom.

16.   Jukin's in-house rights management team spends significant time searching the internet for infringing copies of its Original Videos and identifying persistent infringers.  Once infringing content has been identified, the rights management team contacts the infringer and works diligently to try resolving the infringement through a licensing agreement.

17.   By acquiring the rights to these Original Videos in exchange for a license fee or a share of net proceeds earned from the videos, Jukin provides a way for individuals to maximize the potential of their videos in a manner that they would not be able to otherwise do on their own.  Individual video owners are unlikely to have the full resources, knowledge, or contacts to fully monetize their videos, increase views of their videos (from which increased revenue may be derived), or enforce their rights against infringers like Defendants.

## Worldstar

18.   Defendants operate a website known as Worldstarhiphop.com and Worldstar Social Media Accounts.

19.   Worldstarhiphop.com operates as a content aggregation site, where its editors upload videos, images, and news content.  The bulk of the content featured on Worldstarhiphop.com, and the Worldstar Social Media Accounts, consists of video.  The Worldstarhiphop.com site is accessible via the web, including Facebook, Instagram, and Twitter, and other similar methods of distribution.  With respect to the infringing videos on Worldstarhiphop.com, and the Worldstar Social

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

AMENDED COMPLAINT

1    Media Accounts, each method of distribution constitutes a new and different

2    infringement of the same Jukin Original Video.

3        20.    Many of Worldstarhiphop.com's videos, including its videos posted to

4    the Worldstar Social Media Accounts, are Jukin Original Videos.

5        21.    Defendants are solely responsible for selecting the videos to be posted

6    on Worldstarhiphop.com and the Worldstar Social Media Accounts.  While

7    Defendants accept user generated video submissions, users cannot post videos to

8    Worldstarhiphop.com, and the Worldstar Social Media Accounts.  *See*

9    http://www.worldstarhiphop.com/videos/vsubmit.php.

10       22.    Additionally, Defendants' infringing videos sometimes contain the

11   Jukin trademarks, watermarks and/or Jukin end credits.  This is of significance for

12   two reasons: (1) Defendants knew they were copying videos owned by Jukin; and

13   (2) Defendants were misleading viewers to believe there is an affiliation,

14   connection, or association or Defendants with Jukin, or as to the origin

15   sponsorship, or approval of Defendants' websites and or videos by Jukin.

16       23.    Defendants have a pattern and practice of infringing Jukin's videos.

17   Defendants' pattern and practice is timed in many cases to capture the most value

18   from Jukin Original Videos due to the timely nature of the videos, and because the

19   most of the value generated from Jukin Original Videos occurs in the initial days

20   and weeks of the content's virality when the videos are their most popular and

21   most in-demand by third parties.

22       24.    Beginning in January 2015, Jukin began to send take-down requests to

23   Defendants, which put Defendants on further notice of their infringing activity, and

24   requested Defendants remove the infringing videos from Worldstarhiphop.com.

25       25.    In October 2015, however, the volume of Defendants' infringing

26   videos needing to be reported via the DMCA process became overwhelming, and

27   DMCA notices did not appear to hamper Defendants' infringing activities.

28   Furthermore, Defendants were still able to take advantage of and profit from its

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

5

1   infringement of a Jukin Original Video for the several days preceding their

2   processing of a DMCA take-down request.  In many instances, Defendants were

3   taking advantage of the most valuable period of time since the first days and weeks

4   of a video's posting is typically when it is most viewed.

5       26.   Sometime after Jukin notified Defendants of their infringements in

6   and August 18, 2016 letter, Defendants removed many of the infringing videos.

7   This removal does not compensate Jukin for the harm caused by past infringements

8   of the Jukin Original Videos, nor does it safeguard against new infringements.  To

9   date, Defendants have continually uploaded new infringing videos to

10  Worldstarhiphop.com and the Worldstar Social Media Accounts despite Jukin's

11  frequent objections and notices of infringement.

12      27.   Defendants infringed upon over 300 Original Videos.

13      28.   Defendants' actions with respect to their infringements on

14  Worldstarhiphop.com and the Worldstar Social Media Accounts are not good-faith

15  misunderstandings of the source of the infringed content.  The Jukin Original

16  Videos often include licensing information in the description of the video on

17  YouTube, e.g. "Jukin Media Verified (Original) *For licensing/ permission to use:

18  Contact: licensing@jukinmedia.com."  Jukin Original Videos often also contain a

19  Jukin trademark, Jukin watermark, and/or Jukin end credits.

### Jukin's Infringed Videos

20

21      29.   Defendants have a clear pattern and practice of copying Jukin's

22  Original Videos, as detailed below.  The videos listed below will collectively be

23  referred to herein as the "Infringing Videos".  As evidenced below, Defendants

24  often publish the Infringing Videos within days of Jukin's publication of the Jukin

25  Original Videos.

26      30.   **INFRINGEMENT #1:** Jukin acquired the rights to "Amazing

27  octopus camoflage" on February 3, 2015, available at

28  https://www.youtube.com/watch?v=l2UeR2pvoMA, and incorporated by reference

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

AMENDED COMPLAINT

1    herein.  Jukin subsequently republished this video on its own channel.  Jukin also

2    obtained copyright registration number PA0001941541 for this video.

3        31.    On February 8, 2015, Defendants posted the video entitled "Scary

4    Surprise: Incredible Octopus Camouflage!" at

5    http://www.worldstarhiphop.com/videos/video.php?v=wshhPap3cPjMrg9jJLKJ

6    and incorporated by reference herein.  "Scary Surprise: Incredible Octopus

7    Camouflage!" copies significant portions of the "Amazing octopus camoflage"

8    video.

9        32.    **INFRINGEMENT #2:** Jukin acquired the rights to "My truck has no

10   reverse. This is what I built so that I can back up if I have to" on February 6, 2015,

11   available at https://www.youtube.com/watch?v=SjV0iO-6vK8, and incorporated

12   by reference herein.  Jukin subsequently republished this video on its own channel.

13   Jukin also obtained copyright registration number PA 1-941-438 for this video.

14       33.    On February 6, 2015, Defendants posted the video entitled "Struggle

15   Life Hack: Quick Fix For An SUV With No Reverse!" at

16   http://www.worldstarhiphop.com/videos/video.php?v=wshhPap3cPjMrg9jJLKJ

17   and incorporated by reference herein. "Struggle Life Hack: Quick Fix For An SUV

18   With No Reverse!" copies significant portions of the "My truck has no reverse.

19   This is what I built so that I can back up if I have to" video.  Upon information and

20   belief, Defendants did not obtain permission from the video creator to post the

21   video.  Defendants never obtained permission from Jukin to post the video.

22       34.    **INFRINGEMENT #3:** Jukin acquired the rights to "Fat Lady Gets

23   Out of BMW" on February 9, 2015, available at

24   https://www.youtube.com/watch?v=GBoJlIYF2Z4, and incorporated by reference

25   herein.  Jukin subsequently republished this video on its own channel.  Jukin also

26   obtained copyright registration number PA 1-941-434 for this video.

27       35.    On November 22, 2015, Defendants posted a video at the following

28   link, incorporated by reference herein: https://www.instagram.com/p/-

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

AMENDED COMPLAINT

1    Zi6KXhZp7/?taken-by=realwshh.

2        36.    On November 27, 2015, Defendants posted a video under the

3    following title and at the following link, incorporated by reference herein: "Vine

4    Comp Of The Week Part 141! " at

5    http://www.worldstarhiphop.com/videos/video.php?v=wshhw42vY65H69PXr419.

6        37.    Defendants' video, at both links, copies significant portions of the

7    "Fat Lady Gets Out of BMW" video.

8        38.    **INFRINGEMENT #4:** Jukin acquired the rights to "Physics Teacher

9    gets hit in the nuts" on April 3, 2015, available at

10   https://www.youtube.com/watch?v=FyDiH_JC68w, and incorporated by reference

11   herein.  Jukin subsequently republished this video on its own channel.  Jukin also

12   obtained copyright registration number PA0001967924 for this video.

13       39.    On April 1, 2015, Defendants posted the video entitled "All Bad:

14   Physics Teacher's Demonstration Ends In The Worst Possible Way!" at

15   http://www.worldstarhiphop.com/videos/video.php?v=wshhC33JdB0EZEc3P0D0

16   and incorporated by reference herein.  "All Bad: Physics Teacher's Demonstration

17   Ends In The Worst Possible Way!" copies significant portions of the "Physics

18   Teacher gets hit in the nuts" video.  Upon information and belief, Defendants did

19   not obtain permission from the video creator to post the video prior to its

20   acquisition by Jukin.  Defendants never obtained permission from Jukin to post the

21   video.

22       40.    **INFRINGEMENT #5:** Jukin acquired the rights to "When a

23   Silverback attacks" on April 16, 2015, available at

24   https://www.youtube.com/watch?v=KK67kaMWN-8, and incorporated by

25   reference herein.  Jukin subsequently republished this video on its own channel.

26   Jukin also obtained copyright registration number PA0001967921 for this video.

27       41.    On April 17, 2015, Defendants posted a video under the following

28   title and at the following link, incorporated by reference herein: "When Silverback

**V E N A B L E  L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

AMENDED COMPLAINT

1  Gorillas Goes Apeshit!" at

2  http://www.worldstarhiphop.com/videos/video.php?v=wshh93KAyk000Z13392R.

3    42. On April 24, 2015, Defendants posted a video at the following link,

4  incorporated by reference herein: "https://instagram.com/p/13lgjCBZtt/?taken-

5  by=realwshh.

6    43. Defendants' video, at both links, copies significant portions of the

7  "When a Silverback attacks" video.

8    44. **INFRINGEMENT #6:** Jukin acquired the rights to "Homeless Guy

9  Spits Some Truth" on June 2, 2015, available at

10  https://www.youtube.com/watch?v=RfU8TUZRtZg, and incorporated by reference

11  herein.  Jukin subsequently republished this video on its own channel.  Jukin also

12  obtained copyright registration number PA0001956219 for this video.

13    45. On June 1, 2015, Defendants posted the video entitled "Homeless

14  Man Spits Nothing But The Truth!" at

15  http://www.worldstarhiphop.com/videos/video.php?v=wshh2KoazvvLA3SwD3U9

16  and incorporated by reference herein.  "Homeless Man Spits Nothing But The

17  Truth!" copies significant portions of the "Homeless Guy Spits Some Truth" video.

18  Upon information and belief, Defendants did not obtain permission from the video

19  creator to post the video prior to its acquisition by Jukin.  Defendants never

20  obtained permission from Jukin to post the video.

21    46. **INFRINGEMENT #7:** Jukin acquired the rights to "Boat toss fail"

22  on July 7, 2015, available at https://www.youtube.com/watch?v=bvhaerEsAd8,

23  and incorporated by reference herein.  Jukin subsequently republished this video

24  on its own channel.  Jukin also obtained copyright registration number

25  PA0001967902 for this video.

26    47. On July 30, 2015, Defendants posted a video under the following title

27  and at the following link, incorporated by reference herein: "Vine Comp Of The

28  Week Part 125!" at

V E N A B L E  L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

9

1   http://www.worldstarhiphop.com/videos/video.php?v=wshhj0aaiPDUjUw9Lc5I.

2   48.   On August 6, 2015, Defendants posted a video under the following

3   title and at the following link, incorporated by reference herein: "Vine Comp Of

4   The Week Part 125!" at

5   https://www.facebook.com/worldstarhiphop/videos/vb.253968658003230/8998825

6   16745171/?type=2&theater.

7   49.   Defendants' video, at both links, copies significant portions of the

8   "Boat toss fail" video.

9   50.   **INFRINGEMENT #8:** Jukin acquired the rights to "Groomsman

10   Backflips Into Bridesmaid at Wedding" on July 21, 2015, available at

11   https://www.youtube.com/watch?v=fZShaaPRUNg, and incorporated by reference

12   herein.  Jukin subsequently republished this video on its own channel.  Jukin also

13   obtained copyright registration number PA0001967901 for this video.

14   51.   On July 16, 2015, Defendants posted the video entitled "Too Turnt

15   Up: Groomsman Backflips And Knocks Out Bridesmaid!" at

16   http://www.worldstarhiphop.com/videos/video.php?v=wshh1k1H866Z2q6WF8DX

17   and incorporated by reference herein.  "Too Turnt Up: Groomsman Backflips And

18   Knocks Out Bridesmaid!" copies significant portions of the "Groomsman

19   Backflips Into Bridesmaid at Wedding" video.  Upon information and belief,

20   Defendants did not obtain permission from the video creator to post the video prior

21   to its acquisition by Jukin.  Defendants never obtained permission from Jukin to

22   post the video.

23   52.   **INFRINGEMENT #9:** Jukin acquired the rights to "Truck Destroys

24   Highway Sign" on August 18, 2015, available at

25   https://www.youtube.com/watch?v=mmTMmuT7fdI, and incorporated by

26   reference herein.  Jukin subsequently republished this video on its own channel.

27   Jukin also obtained copyright registration number PA0001967897 for this video.

28   53.   On August 19, 2015, Defendants posted a video under the following

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

10

title and at the following link, incorporated by reference herein: "Next Time You're Having A Bad Day, Just Remember It Could Be Worse!" at https://www.facebook.com/worldstarhiphop/videos/vb.253968658003230/9124473 55488687/?type=2&theater.

54.     On August 20, 2015, Defendants posted a video under the following title and at the following link, incorporated by reference herein: "When your day goes from bad to worse" at https://instagram.com/p/6n1YrDhZsc/?taken-by=realwshh.

55.     On August 21, 2015, Defendants posted a video under the following title and at the following link, incorporated by reference herein: "Vine Comp Of The Week Part 128!" at http://www.worldstarhiphop.com/videos/video.php?v=wshh1OXeP2Yg15W9mpG v.

56.     On August 24, 2015, Defendants posted a video under the following title and at the following link, incorporated by reference herein: "Vine Comp Of The Week Part 128!" on Facebook at https://www.facebook.com/worldstarhiphop/videos/vb.253968658003230/9165131 41748775/?type=2&theater.

57.     Defendants' video, at all four links, copy significant portions of the "Truck Destroys Highway Sign" video.

58.     **INFRINGEMENT #10:** Jukin acquired the rights to "Shopper Shows Security Guard Racially Profiling in Store" on February 1, 2015, available at https://www.jukinmedia.com/licensing/view/16032, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also obtained copyright registration number PA0001941518 for this video.

59.     On February 1, 2015, Defendants posted the video entitled "No Shop Lifting On His Watch: Store Security Follows This Guy Into Every Single Isle!" at http://www.worldstarhiphop.com/videos/video.php?v=wshhA4fFlPMF8x0kk97p

and incorporated by reference herein.  "No Shop Lifting On His Watch: Store Security Follows This Guy Into Every Single Isle!" copies significant portions of the "Shopper Shows Security Guard Racially Profiling in Store" video.  Upon information and belief, Defendants did not obtain permission from the video creator to post the video prior to its acquisition by Jukin.  Defendants never obtained permission from Jukin to post the video.

60.    **INFRINGEMENT #11:** Jukin acquired the rights to "Man and Young Boy Sucked into Drain" on February 5, 2015, available at https://www.youtube.com/watch?v=nTO5gD5th-0, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also obtained copyright registration number PA0001967929 for this video.

61.    On February 6, 2015, Defendants posted the video entitled "Crazy: Group of People Hanging Out In Shallow Water All Of A Sudden Get Sucked Underground!" at http://www.worldstarhiphop.com/videos/video.php?v=wshhoSb5GFVXx5fPFgh0 and incorporated by reference herein.  "Crazy: Group of People Hanging Out In Shallow Water All Of A Sudden Get Sucked Underground!" copies significant portions of the "Man and Young Boy Sucked into Drain" video.

62.    **INFRINGEMENT #12:** Jukin acquired the rights to "Guy Gets Rear-Ended into Oncoming Truck" on April 11, 2015, available at https://www.youtube.com/watch?v=tADvFcj7Cm4, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also obtained copyright registration number PA0001966012 for this video.

63.    On April 13, 2015, Defendants posted the video entitled "Lucky To Be Alive: Dash Cam Captures Scary Truck Accident!" at http://www.worldstarhiphop.com/videos/video.php?v=wshhyL9teAww16K3rKI2 and incorporated by reference herein.  "Lucky To Be Alive: Dash Cam Captures Scary Truck Accident!" copies significant portions of the "Guy Gets Rear-Ended

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

1   into Oncoming Truck" video.

2   64.   **INFRINGEMENT #13:** Jukin acquired the rights to "Stranger

3   Surprises NYC Subway Vendor with $140" on April 20, 2015, available at

4   https://www.youtube.com/watch?v=yVzAC7mLxJw, and incorporated by

5   reference herein.  Jukin subsequently republished this video on its own channel.

6   Jukin also obtained copyright registration number PA0001966015 for this video.

7   65.   On April 20, 2015, Defendants posted the video entitled "Amazing

8   Moment of Kindness On A NYC Train!" at

9   http://www.worldstarhiphop.com/videos/video.php?v=wshh2veYTm8Nm5OledyU

10   and incorporated by reference herein.  "Amazing Moment of Kindness On A NYC

11   Train!" copies significant portions of the "Stranger Surprises NYC Subway

12   Vendor with $140" video.  Upon information and belief, Defendants did not obtain

13   permission from the video creator to post the video prior to its acquisition by Jukin.

14   Defendants never obtained permission from Jukin to post the video.

15   66.   **INFRINGEMENT #14:** Jukin acquired the rights to "Pit Bull Jumps

16   up Record-Breaking 14 Feet" on June 12, 2015, available at

17   https://www.youtube.com/watch?v=1u5FJ5caKAU, and incorporated by reference

18   herein.  Jukin subsequently republished this video on its own channel.  Jukin also

19   obtained copyright registration number PA0001956216 for this video.

20   67.   On June 6, 2015, Defendants posted a video under the following title

21   and at the following link, incorporated by reference herein: "Beast: This Pit Bull

22   Got Serious Hops!" at

23   http://www.worldstarhiphop.com/videos/video.php?v=wshhfZLvZKQxzo54IvVK.

24   68.   On June 11, 2015, Defendants posted a video at the following link,

25   incorporated by reference herein: https://instagram.com/p/3zPBd_BZvF/?taken-

26   by=realwshh.

27   69.   Defendants' video, at both links, copies significant portions of the "Pit

28   Bull Jumps up Record-Breaking 14 Feet" video.  Upon information and belief,

13

1   Defendants did not obtain permission from the video creator to post the video prior

2   to its acquisition by Jukin.  Defendants never obtained permission from Jukin to

3   post the video.

4         70.    **INFRINGEMENT #15:** Jukin acquired the rights to "Bikers Crash

5   into Support Vehicles during Race" on August 9, 2015, available at

6   https://www.youtube.com/watch?v=hRM3bFXlyNk, and incorporated by reference

7   herein.  Jukin subsequently republished this video on its own channel.  Jukin also

8   obtained copyright registration number PA0001967899 for this video.

9         71.    On August 10, 2015, Defendants posted a video under the following

10  title and at the following link, incorporated by reference herein: "Ouch: Cyclist

11  Crashes Into A Porsche At Full Speed!" at

12  http://www.worldstarhiphop.com/videos/video.php?v=wshh5zsYVk9c6ElSE5pe.

13        72.    On September 5, 2015, Defendants posted a video at the following

14  link, incorporated by reference herein:

15  https://instagram.com/p/7Qcs4xhZoH/?taken-by=realwshh4.

16        73.    On September 10, 2015, Defendants posted a video under the

17  following title and at the following links, incorporated by reference herein:

18              a.  "Vine Comp Of The Week Part 130!" at

19                  http://www.worldstarhiphop.com/videos/video.php?v=wshh1x

20                  n2gw1WyX5904C4;

21              b.  https://instagram.com/p/7dxrDhhZmg/?taken-by=realwshh.

22        74.    Defendants' video, at all four links, copies significant portions of the

23  "Pit Bull Jumps up Record-Breaking 14 Feet" video.

24        75.    **INFRINGEMENT #16:** Jukin acquired the rights to "Motorcyclist

25  Grabs Feet" on the Freeway on November 16, 2015, available at

26  https://www.youtube.com/watch?v=bNKHcJocvSQ, and incorporated by reference

27  herein.  Jukin subsequently republished this video on its own channel.  Jukin has

28  also filed an application for copyright registration with the United States Copyright

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

1   Office for this video, application case number 1-3916922464, and is awaiting

2   issuance of the registration.

3        76.    On November 20, 2015, Defendants posted a video entitled "Vine

4   Comp Of The Week Part 140!" at

5   http://www.worldstarhiphop.com/videos/video.php?v=wshhzLl73cSUrNBEjCRS

6   and incorporated by reference herein.  "Vine Comp Of The Week Part 140!"

7   copies significant portions of the "Motorcyclist Grabs Feet on the Freeway" video.

8        77.    **INFRINGEMENT #17:** Jukin acquired the rights to "A Gorilla

9   Taught My Toddler How To Use Her Middle Finger – Adventure's of Riley

10  Madison" on November 22, 2015, available at

11  https://www.youtube.com/watch?v=AW-C9XsAFUE and incorporated by

12  reference herein.  Jukin subsequently republished this video on its own channel.

13  Jukin has also filed an application for copyright registration with the United States

14  Copyright Office for this video, application case number 1-4015462131, and is

15  awaiting issuance of the registration.

16       78.    On November 26, 2015, Defendants posted a video entitled "Lol:

17  Gorilla Teaches a Little Girl How To Swear!" at

18  http://www.worldstarhiphop.com/videos/video.php?v=wshh2EpD3kih95c2y0NP

19  and incorporated by reference herein.  "Lol: Gorilla Teaches a Little Girl How To

20  Swear!" copies significant portions of the "A Gorilla Taught My Toddler How To

21  Use Her Middle Finger – Adventure's of Riley Madison" video.

22       79.    **INFRINGEMENT #18:** Jukin acquired the rights to "How to

23  Properly Insert a Card into an ATM" on December 11, 2015, available at

24  https://www.youtube.com/watch?v=Mg_6rlje6Ao and incorporated by reference

25  herein.  Jukin subsequently republished this video on its own channel.  Jukin has

26  also filed an application for copyright registration with the United States Copyright

27  Office for this video, application case number 1-3916922224, and is awaiting

28  issuance of the registration.

AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

80.     On December 18, 2015, Defendants posted a video under the following title and at the following link, incorporated by reference herein: "Vine Comp Of The Week Part 144!" at http://www.worldstarhiphop.com/videos/video.php?v=wshhVIRIZHw2XpQJzs77.

81.     On December 20, 2015, Defendants posted a video under the following title and at the following link, incorporated by reference herein: "Vine Comp Of The Week Part 144!" at https://www.facebook.com/worldstarhiphop/videos/978692075530881.

82.     Defendants' video, at both links, copies significant portions of the "How to Properly Insert a Card into an ATM" video.

83.     **INFRINGEMENT #19:** Jukin acquired the rights to "Broken Urinal Shoots out Water" on December 14, 2015, available at https://www.youtube.com/watch?v=YzZS8CH2jYI and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin has also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-3916904149, and is awaiting issuance of the registration.

84.     On December 18, 2015, Defendants posted a video under the following title and at the following link, incorporated by reference herein: "Vine Comp Of The Week Part 144!" at http://www.worldstarhiphop.com/videos/video.php?v=wshhVIRIZHw2XpQJzs77.

85.     On December 20, 2015, Defendants posted a video under the following title and at the following link, incorporated by reference herein: "Vine Comp Of The Week Part 144!" at https://www.facebook.com/worldstarhiphop/videos/978692075530881.

86.     Defendants' video, at both links, copies significant portions of the "Broken Urinal Shoots out Water" video.

87.     **INFRINGEMENT #20:** Jukin acquired the rights to "Lamborghini

AMENDED COMPLAINT

V E N A B L E  L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

Drives Through Flood" on January 14, 2016, available at

https://www.youtube.com/watch?v=DJM7AEUBmkk and incorporated by

reference herein.  Jukin subsequently republished this video on its own channel.

Jukin has also filed an application for copyright registration with the United States

Copyright Office for this video, application case number 1-3916904014, and is

awaiting issuance of the registration.

88.     On January 7, 2016, Defendants posted a video under the following

title and at the following link, incorporated by reference herein: "Live

Dangerously: Guy Drives His Lambo Through Flooded Streets in San Diego!" at

http://www.worldstarhiphop.com/videos/video.php?v=wshh3IO2cr412h5ptIT6.

89.     On July 19, 2016, Defendants posted a video at the following link,

incorporated by reference herein: https://www.instagram.com/p/BIEMAYkAaKI.

90.     On July 22, 2016, Defendants posted a video under the following title

and at the following link, incorporated by reference herein: "v Of The Week Part

175!" at

http://www.worldstarhiphop.com/videos/video.php?v=wshhS4S605zGebgT6894.

91.     Defendants' video, at all three links, copies significant portions of the

"Lamborghini Drives Through Flood" video.  Upon information and belief,

Defendants did not obtain permission from the video creator to post the video prior

to its acquisition by Jukin.  Defendants never obtained permission from Jukin to

post the video.

92.     **INFRINGEMENT #21:** Jukin acquired the rights to "Ex-Girlfriend

Nearly Runs over Man with Car" on January 13, 2016, available at

https://www.youtube.com/watch?v=XqxZldc-dSk, and incorporated by reference

herein.  Jukin subsequently republished this video on its own channel.  Jukin has

also filed an application for copyright registration with the United States Copyright

Office for this video, application case number 1-3916903819, and is awaiting

issuance of the registration.

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

AMENDED COMPLAINT

93.   On January 15, 2016, Defendants posted a video under the following title and at the following link, incorporated by reference herein: "Vine Comp Of The Week Part 148!" at http://www.worldstarhiphop.com/videos/video.php?v=wshhfQ9gWHVBt27h5RsW.

94.   On January 16, 2016, Defendants posted a video under the following title and at the following link, incorporated by reference herein: "Vine Comp Of The Week Part 148!" at https://www.facebook.com/worldstarhiphop/videos/993274664072622.

95.   Defendants' video, at both links, copies significant portions of the "Ex-Girlfriend Nearly Runs over Man with Car" video.

96.   **INFRINGEMENT #22:** Jukin acquired the rights to "Kid Goes into Statue Mode when in Trouble" on February 6, 2016, available at https://www.youtube.com/watch?v=3StVVvBajRg, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin has also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-3916872969, and is awaiting issuance of the registration.

97.   On February 7, 2016, Defendants posted a video entitled "Lol: Kid Goes Into 'Statue Mode' After Getting in Trouble!" at http://www.worldstarhiphop.com/videos/video.php?v=wshhQ7CjaTg197AEYK3V and incorporated by reference herein.  "Lol: Kid Goes Into 'Statue Mode' After Getting in Trouble!" copies significant portions of the "Kid Goes into Statue Mode when in Trouble" video.

98.   **INFRINGEMENT #23:** Jukin acquired the rights to "Woman Pole Dances with Baby" on January 20, 2016, available at https://www.youtube.com/watch?v=snBYPuajEdE&feature=youtu.be, and incorporated by reference herein.  Jukin subsequently republished this video on its

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

AMENDED COMPLAINT

own channel. Jukin has also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-3916872874, and is awaiting issuance of the registration.

99. On January 11, 2016, Defendants posted a video at the following link, incorporated by reference herein: https://www.instagram.com/p/BAa7csVBZsc.

100. On January 15, 2016, Defendants posted a video under the following title and at the following link, incorporated by reference herein: "Vine Comp Of The Week Part 148!" at http://www.worldstarhiphop.com/videos/video.php?v=wshhfQ9gWHVBt27h5RsW.

101. On January 16, 2016, Defendants posted a video under the following title and at the following link, incorporated by reference herein: "Vine Comp Of The Week Part 148!" at https://www.facebook.com/worldstarhiphop/videos/993274664072622.

102. Defendants' video, at all three links, copies significant portions of the "Woman Pole Dances with Baby" video. Upon information and belief, Defendants did not obtain permission from the video creator to post the video prior to its acquisition by Jukin. Defendants never obtained permission from Jukin to post the video.

103. **INFRINGEMENT #24:** Jukin acquired the rights to "Girlfriend Gets a Math Lesson" on March 27, 2016, available at https://www.youtube.com/watch?v=4D1d8ipjblE, and incorporated by reference herein. Jukin subsequently republished this video on its own channel. Jukin has also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-3916872839, and is awaiting issuance of the registration.

104. On March 27, 2016, Defendants posted a video entitled "Lol: Dude Stumps His Girlfriend With A Simple Math Question!" at

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

AMENDED COMPLAINT

http://www.worldstarhiphop.com/videos/video.php?v=wshhuozyjgP4IL4qqvGd and incorporated by reference herein. "Lol: Dude Stumps His Girlfriend With A Simple Math Question!" copies significant portions of the "Girlfriend Gets a Math Lesson" video. Upon information and belief, Defendants did not obtain permission from the video creator to post the video prior to its acquisition by Jukin. Defendants never obtained permission from Jukin to post the video.

105.   **INFRINGEMENT #25:** Jukin acquired the rights to "Bird Pops Out and Scares Friends" on March 28, 2016, available at https://www.youtube.com/watch?v=YW_ukPH3juw, and incorporated by reference herein. Jukin subsequently republished this video on its own channel. Jukin has also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-3916872784, and is awaiting issuance of the registration.

106.   On March 27, 2016, Defendants posted a video at the following link, incorporated by reference herein:

https://www.facebook.com/worldstarhiphop/videos/1039624559437632.

107.   On April 1, 2016, Defendants posted a video under the following title and at the following link, incorporated by reference herein: "Vine Comp Of The Week Part 159!" at

http://www.worldstarhiphop.com/videos/video.php?v=wshh0AW5WLxl9I8g9tI7.

108.   Defendants' video, at both links, copies significant portions of the "Bird Pops Out and Scares Friends" video. Upon information and belief, Defendants did not obtain permission from the video creator to post the video prior to its acquisition by Jukin. Defendants never obtained permission from Jukin to post the video.

109.   **INFRINGEMENT #26:** Jukin acquired the rights to "Dropped Barbell Rolls into and Shatters Window" on April 2, 2016, available at https://www.youtube.com/watch?v=-98JPz5JReE, and incorporated by reference

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

AMENDED COMPLAINT

herein.  Jukin subsequently republished this video on its own channel.  Jukin has also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-3916872739, and is awaiting issuance of the registration.

110.   On April 7, 2016, Defendants posted a video at the following link, incorporated by reference herein: https://www.instagram.com/p/BD5_TcxhZia.

111.   On April 8, 2016, Defendants posted a video under the following title and at the following link, incorporated by reference herein: "Vine Comp Of The Week Part 160!" at http://www.worldstarhiphop.com/videos/video.php?v=wshhH545B2C2e6UOZD1c.

112.   Defendants' video, at both links, copies significant portions of the "Dropped Barbell Rolls into and Shatters Window" video.

113.   **INFRINGEMENT #27:** Jukin acquired the rights to "Brothers Convince Little Sister of Zombie Apocalypse" on April 11, 2016, available at https://www.youtube.com/watch?v=-hVWEefD5ag and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin has also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-3916872644, and is awaiting issuance of the registration.

114.   On April 12, 2016, Defendants posted a video entitled "Lol: Brothers Convinced Their Sister That There Was A Zombie Apocalypse After She Had Wisdom Teeth Surgery!" at http://www.worldstarhiphop.com/videos/video.php?v=wshhN6Dx6ZnKMjTlxb8w and incorporated by reference herein.  "Lol: Brothers Convinced Their Sister That There Was A Zombie Apocalypse After She Had Wisdom Teeth Surgery!" copies significant portions of the "Brothers Convince Little Sister of Zombie Apocalypse" video.

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

115. **INFRINGEMENT #28:** Jukin acquired the rights to "Son Likes to Scare Dad" on April 21, 2016, available at https://www.youtube.com/watch?v=wCgGX6z_2yM and incorporated by reference herein. Jukin subsequently republished this video on its own channel. Jukin has also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-3916872439, and is awaiting issuance of the registration.

116. On April 21, 2016, Defendants posted a video entitled "Son Scares His Father Over & Over Again!" at http://www.worldstarhiphop.com/videos/video.php?v=wshh9fli6s16uDs2fTv3 and incorporated by reference herein. "Son Scares His Father Over & Over Again!" copies significant portions of the "Son Likes to Scare Dad" video. Upon information and belief, Defendants did not obtain permission from the video creator to post the video prior to its acquisition by Jukin. Defendants never obtained permission from Jukin to post the video.

117. **INFRINGEMENT #29:** Jukin acquired the rights to "Little Girl Argues with Dad over Future Boyfriend" on April 26, 2016, available at https://www.youtube.com/watch?v=EkmGLBQX6Cg and incorporated by reference herein. Jukin subsequently republished this video on its own channel. Jukin has also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-3916872404, and is awaiting issuance of the registration.

118. On April 29, 2016, Defendants posted a video entitled "Dad Gives Hilarious Reasons Why His Daughter Can't Have A Boyfriend!" at http://www.worldstarhiphop.com/videos/video.php?v=wshhSfn3r4x4Ojy1ZeV7 and incorporated by reference herein. "Dad Gives Hilarious Reasons Why His Daughter Can't Have A Boyfriend!" copies significant portions of the "Little Girl Argues with Dad over Future Boyfriend" video.

119.   **INFRINGEMENT #30:** Jukin acquired the rights to "Raccoon Snaps at Man" on April 26, 2016, available at https://www.youtube.com/watch?v=Yl8CpkxyBmM and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin has also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-3916872359, and is awaiting issuance of the registration.

120.   On April 29, 2016, Defendants posted a video entitled "Ouch: Man Gets Bit By A Raccoon While Feeding It!" at http://www.worldstarhiphop.com/videos/video.php?v=wshhtD5v7LV2f6Nbbdei and incorporated by reference herein.  "Ouch: Man Gets Bit By A Raccoon While Feeding It!" copies significant portions of the "Raccoon Snaps at Man" video.

121.   **INFRINGEMENT #31:** Jukin acquired the rights to "Guy Tries to Front Flip off Swegway" on May 3, 2016, available at https://www.youtube.com/watch?v=NmnB_llbbaY and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin has also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-3916872244, and is awaiting issuance of the registration.

122.   On May 6, 2016, Defendants posted a video entitled "Vine Comp Of The Week Part 164!" at http://www.worldstarhiphop.com/videos/video.php?v=wshhh09rs1jCoRL8bjEN and incorporated by reference herein.  "Vine Comp Of The Week Part 164!" copies significant portions of the "Guy Tries to Front Flip off Swegway" video.

123.   **INFRINGEMENT #32:** Jukin acquired the rights to "Pole Fitness Dancer Falls on Head" on May 5, 2016, available at https://www.youtube.com/watch?v=fydguquSIWg and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin has

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

AMENDED COMPLAINT

also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-3913838991, and is awaiting issuance of the registration.

124.   On June 3, 2016, Defendants posted a video entitled "Vine Comp Of The Week Part 168!" at http://www.worldstarhiphop.com/videos/video.php?v=wshh6jT0kXWVsR1KSptM and incorporated by reference herein.  "Vine Comp Of The Week Part 168!" copies significant portions of the "Pole Fitness Dancer Falls on Head" video.

125.   **INFRINGEMENT #33:** Jukin acquired the rights to "Vape Tricks at Work" on May 12, 2016, available at https://www.youtube.com/watch?v=JBYpKbTDQ8M and incorporated by reference herein.  Jukin subsequently republished this video on its own channel. Jukin has also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-3913838666, and is awaiting issuance of the registration.

126.   On May 11, 2016, Defendants posted a video entitled "They Call This Guy The Vape Wizard!" at http://www.worldstarhiphop.com/videos/video.php?v=wshhaw8XS8ZJuKleo90r and incorporated by reference herein.  "They Call This Guy The Vape Wizard!" copies significant portions of the "Vape Tricks at Work" video.  Upon information and belief, Defendants did not obtain permission from the video creator to post the video prior to its acquisition by Jukin.  Defendants never obtained permission from Jukin to post the video.

127.   **INFRINGEMENT #34:** Jukin acquired the rights to "Drunk Guy Drives onto Beach" on May 12, 2016, available at https://www.youtube.com/watch?v=T2L08dzkg_g and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin has also filed an application for copyright registration with the United States Copyright

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

AMENDED COMPLAINT

1   Office for this video, application case number 1-3916922995, and is awaiting

2   issuance of the registration.

3        128.   On May 12, 2016, Defendants posted a video under the following title

4   and at the following link, incorporated by reference herein: "Fail: Guy Tries To

5   Show Off Trying To Off-road On Water & Ruins His Jeep!" at

6   http://www.worldstarhiphop.com/videos/video.php?v=wshhno9A7C5aPfd6pr66.

7        129.   On May 13, 2016, Defendants posted a video at the following link,

8   incorporated by reference herein: https://www.instagram.com/p/BFVokLgBZtH.

9        130.   Defendants' video, at both links, copies significant portions of the

10  "Drunk Guy Drives onto Beach" video.  Upon information and belief, Defendants

11  did not obtain permission from the video creator to post the video prior to its

12  acquisition by Jukin.  Defendants never obtained permission from Jukin to post the

13  video.

14       131.   **INFRINGEMENT #35:** Jukin acquired the rights to "Snakes Eats

15  Eggs in Nest" on May 14, 2016, available at

16  https://www.youtube.com/watch?v=uzHwsW5EVvw and incorporated by

17  reference herein.  Jukin subsequently republished this video on its own channel.

18  Jukin has also filed an application for copyright registration with the United States

19  Copyright Office for this video, application case number 1-3913838375, and is

20  awaiting issuance of the registration.

21       132.   On May 14, 2016, Defendants posted a video entitled "Damn, Nature:

22  Guy Puts A GoPro In A Bird Nest & Captures Some Crazy Footage!" at

23  http://www.worldstarhiphop.com/videos/video.php?v=wshh6BgM934QNXPoC6Z

24  0 and incorporated by reference herein.  "Damn, Nature: Guy Puts A GoPro In A

25  Bird Nest & Captures Some Crazy Footage!" copies significant portions of the

26  "Snakes Eats Eggs in Nest" video.  Upon information and belief, Defendants did

27  not obtain permission from the video creator to post the video prior to its

28  acquisition by Jukin.  Defendants never obtained permission from Jukin to post the

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

AMENDED COMPLAINT

video.

133.   **INFRINGEMENT #36:** Jukin acquired the rights to "Woman Happy to Wear Hairy Character Mask" on May 20, 2016, available at https://www.youtube.com/watch?v=MQFbTQzGnq4 and incorporated by reference herein.  Jukin subsequently republished this video on its own channel. Jukin has also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-3913838300, and is awaiting issuance of the registration.

134.   On May 20, 2016, Defendants posted a video entitled "Woman Laughs Uncontrollably After She Puts On A Talking Chewbacca Mask!" at http://www.worldstarhiphop.com/videos/video.php?v=wshhGE4zp5RDXE0lfyP5 and incorporated by reference herein.  "Woman Laughs Uncontrollably After She Puts On A Talking Chewbacca Mask!" copies significant portions of the "Woman Happy to Wear Hairy Character Mask" video.  Upon information and belief, Defendants did not obtain permission from the video creator to post the video prior to its acquisition by Jukin.  Defendants never obtained permission from Jukin to post the video.

135.   **INFRINGEMENT #37:** Jukin acquired the rights to "Guy Eats Shirt after Losing Bet" on May 31, 2016, available at https://www.youtube.com/watch?v=uErlwXY25Ms incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin has also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-3913754135, and is awaiting issuance of the registration.

136.   On May 31, 2016, Defendants posted a video entitled "Kept His Word: Cavs Fan Said He'd Eat His Shirt If The Warriors Won The Thunder Series!" at http://www.worldstarhiphop.com/videos/video.php?v=wshhKp6n4JFJrFx5G2Dy

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA   90067
310-229-9900

and incorporated by reference herein.  "Kept His Word: Cavs Fan Said He'd Eat His Shirt If The Warriors Won The Thunder Series!" copies significant portions of the "Guy Eats Shirt after Losing Bet" video.  Upon information and belief, Defendants did not obtain permission from the video creator to post the video prior to its acquisition by Jukin.  Defendants never obtained permission from Jukin to post the video.

137.   **INFRINGEMENT #38:** Jukin acquired the rights to "Girl Flips Off Camera and Mom Gets Mad" on June 28, 2016, available at https://www.youtube.com/watch?v=aGv3Y7nNwZE incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin has also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-3913754067, and is awaiting issuance of the registration.

138.   On June 24, 2016, Defendants posted a video entitled "Vine Comp Of The Week Part 171!" at http://www.worldstarhiphop.com/videos/video.php?v=wshho1oEeW6r116C28X1 and incorporated by reference herein.  "Vine Comp Of The Week Part 171!" copies significant portions of the "Girl Flips Off Camera and Mom Gets Mad" video.  Upon information and belief, Defendants did not obtain permission from the video creator to post the video prior to its acquisition by Jukin.  Defendants never obtained permission from Jukin to post the video.

139.   **INFRINGEMENT #39:** Jukin acquired the rights to "Mother Rat Saves Baby from Snake" on July 3, 2016, available at https://www.youtube.com/watch?v=pG24RyFd2BI incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin has also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-3913754002, and is awaiting issuance of the registration.

AMENDED COMPLAINT

1     140.   On July 2, 2016, Defendants posted a video entitled "Rat Mom Saves

2 Baby Rat From Snake!" at

3 http://www.worldstarhiphop.com/videos/video.php?v=wshh0JQYfRtJ3n4b3dXv

4 and incorporated by reference herein.  "Rat Mom Saves Baby Rat From Snake!"

5 copies significant portions of the "Mother Rat Saves Baby from Snake" video.

6 Upon information and belief, Defendants did not obtain permission from the video

7 creator to post the video prior to its acquisition by Jukin.  Defendants never

8 obtained permission from Jukin to post the video.

9     141.   **INFRINGEMENT #40:** Jukin acquired the rights to "People

10 Stampede to Catch Pokemon in Central Park" on July 16, 2016, available at

11 https://www.youtube.com/watch?v=MLdWbwQJWI0 incorporated by reference

12 herein.  Jukin subsequently republished this video on its own channel.  Jukin has

13 also filed an application for copyright registration with the United States Copyright

14 Office for this video, application case number 1-3913753867, and is awaiting

15 issuance of the registration.

16     142.   On July 16, 2016, Defendants posted a video at the following links,

17 incorporated by reference herein:

18         a.   https://twitter.com/WORLDSTAR/status/75440008626884608

19            0;

20         b.   https://www.instagram.com/p/BH7008agzYP.

21     143.   Defendants' video, at both links, copies significant portions of the

22 "People Stampede to Catch Pokemon in Central Park" video.  Upon information

23 and belief, Defendants did not obtain permission from the video creator to post the

24 video prior to its acquisition by Jukin.  Defendants never obtained permission from

25 Jukin to post the video.

26     144.   **INFRINGEMENT #41:** Jukin acquired the rights to "Man Dances in

27 Alley for No Audience" on July 18, 2016, available at

28 https://www.youtube.com/watch?v=fJbomUpLia4 incorporated by reference

**V E N A B L E  L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

28

herein.  Jukin subsequently republished this video on its own channel.  Jukin has also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-3899602109, and is awaiting issuance of the registration.

145.  On July 18, 2016, Defendants posted a video entitled "Man Comes Home To Find A Guy Jamming Out In His Driveway!" at http://www.worldstarhiphop.com/videos/video.php?v=wshh543o1Ij11Qdd93p and incorporated by reference herein.  "Man Comes Home To Find A Guy Jamming Out In His Driveway!" copies significant portions of the "Man Dances in Alley for No Audience" video.  Upon information and belief, Defendants did not obtain permission from the video creator to post the video prior to its acquisition by Jukin.  Defendants never obtained permission from Jukin to post the video.

146.  **INFRINGEMENT #42:** Jukin acquired the rights to "Skateboarder Smashes Window of Expensive Car" on July 20, 2016, available at https://www.youtube.com/watch?v=l7yt-VPYtOA incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin has also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-3913626969, and is awaiting issuance of the registration.

147.  On July 20, 2016, Defendants posted a video entitled "Kid Smashes The Windshield Of A $250K McLaren With His Skateboard!" at http://www.worldstarhiphop.com/videos/video.php?v=wshh22vBdoGko45ykq52 and incorporated by reference herein.  "Kid Smashes The Windshield Of A $250K McLaren With His Skateboard!" copies significant portions of the "Skateboarder Smashes Window of Expensive Car" video.  Upon information and belief, Defendants did not obtain permission from the video creator to post the video prior to its acquisition by Jukin.  Defendants never obtained permission from Jukin to post the video.

148.  **INFRINGEMENT #43:** Jukin acquired the rights to "Bears Breaks into House" on July 31, 2016, available at https://www.youtube.com/watch?v=_aFOt4I7SP8 incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin has also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-3956484032, and is awaiting issuance of the registration.

149.  On August 1, 2016, Defendants posted a video entitled "Scary Ish: Man Wakes Up To Find A Bear Inside His House!" at http://www.worldstarhiphop.com/videos/video.php?v=wshhgKsCxz7S8h7W4Z7R and incorporated by reference herein.  "Scary Ish: Man Wakes Up To Find A Bear Inside His House!" copies significant portions of the "Bears Breaks into House" video.

150.  **INFRINGEMENT #44:** Jukin acquired the rights to "Teacher Dives out of Window" on August 9, 2016, available at https://www.youtube.com/watch?v=AbISpRkMayw incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin has also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-3916922659, and is awaiting issuance of the registration.

151.  On August 9, 2016, Defendants posted a video entitled "Teacher Jumps Out Of A Window During Class!" at http://www.worldstarhiphop.com/videos/video.php?v=wshh6hzmmeBQO79MJPt8 and incorporated by reference herein.  "Teacher Jumps Out Of A Window During Class!" copies significant portions of the "Teacher Dives out of Window" video.  Upon information and belief, Defendants did not obtain permission from the video creator to post the video prior to its acquisition by Jukin.  Defendants never obtained permission from Jukin to post the video.

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

30

152.   **INFRINGEMENT #45:** On February 24, 2015, Jukin published a compilation on its own channel entitled "Ultimate Parkour Fails Compilation || FailArmy" available at https://www.youtube.com/watch?v=ZEs9zmF-Fwk and incorporated by reference herein.  Jukin has also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-3972534172, and is awaiting issuance of the registration.

153.   Jukin also owns U.S. Trademark Registration No. 4,604,845, a valid and protectable federal trademark registration for FAILARMY for "Entertainment services, namely, providing a web site featuring photographic, audio, video and prose presentations featuring comedy."  Jukin's FAILARMY trademark prominently appears in its "Ultimate Parkour Fails Compilation || FailArmy" video.

154.   On February 25, 2015, Defendants posted a video entitled "Ouchhh: Ultimate Parkour Fails Compilation!" at http://www.worldstarhiphop.com/videos/video.php?v=wshhpr7C64b8TjvyXF7j and incorporated by reference herein.  "Ouchhh: Ultimate Parkour Fails Compilation!" copies significant portions of the "Ultimate Parkour Fails Compilation || FailArmy" video.

155.   Defendants also reproduced Jukin's FAILARMY trademark for use in "Ouchhh: Ultimate Parkour Fails Compilation!" as shown in the following comparison:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

AMENDED COMPLAINT

| Ultimate Parkour Fails Compilation \|\| FailArmy | Ouchhh: Ultimate Parkour Fails Compilation! |
|---|---|
|  |  |

156.   Defendants' use of an identical FAILARMY trademark, in connection with an identical video, is likely to confuse consumers and make them believe there is an affiliation, connection, or association, of Defendants with Jukin, or as to the origin, sponsorship, or approval of Defendants' websites and/or videos by Jukin.

157.   Defendants do not have any license, authorization, permission, or consent from Jukin to use any of the Original Videos.

158.   Defendants do not have any license, authorization, permission, or consent from Jukin to use any of Jukin's trademarks.

159.   On information and belief, Defendants did not obtain any license, authorization, permission, or consent from the individual video creators to use the Original Videos.  Even if Defendants had obtained authorization from the individual video creators, this authorization is invalid if it was obtained after Jukin acquired the rights to the videos.

160.   Defendants directly violated Jukin's exclusive rights under the Copyright Act.

AMENDED COMPLAINT

161.   Defendants enjoy no "safe harbor" protection under the DMCA because upon information and belief (a) the transmission of the videos to Worldstarhiphop.com and the Worldstar Social Media Accounts was initiated by or at the direction of Defendants and/or Defendants' agents and (b) the transmission of the videos to Worldstarhiphop.com and the Worldstar Social Media Accounts is carried out through Defendants' or Defendants' agents' selection of the material.

### Other Infringing Videos

162.   In addition to Defendants' infringement of the Original Videos described above, Defendants also used the following Jukin Original Videos without Jukin's authorization. Upon information and belief, Defendants also did not obtain permission from the video creator to post any of the videos prior to their acquisition by Jukin.

163.   In each of the following cases, Defendants' Infringing Videos copy a significant portion or the entirety of the Original Video.  Jukin reserves the right to file copyright applications with respect to these videos and to amend this Complaint to bring claims based on these videos.

|   | **JUKIN ORIGINAL VIDEO AND ACQUISITION DATE** | **DEFENDANTS' INFRINGING VIDEO AND POST DATE** |
|---|---|---|
| 1. | "White Shirt Guy Falls Off Fence" (https://www.youtube.com/watch?v=F_pXnd7Ln4A) – acquired Nov. 1, 2012 | "Vine Comp Of The Week Part 165!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh8vACgQnS95YxWa5y) – posted May 13, 2016 |
| 2. | "Baby Shark Bites Guy's Shoulder" (https://www.youtube.com/watch?v=7KODixXXnSQ) – acquired Nov. 4, 2012 | "Fail: Holding A Baby Shark Goes Wrong!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhM1dsMuhBT9gidF36) – posted May 27, 2015 |
| 3. | "Puddle Jump Gone Wrong" | "Vine Comp Of The Week Part 151!" |

AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | (https://www.youtube.com/watch?v=0mVQ5fu6q8M) – acquired Mar. 12, 2013 | (http://www.worldstarhiphop.com/videos/video.php?v=wshhVOvai6B1Ikjer6mp) – posted Feb. 5, 2016 |
|---|---|---|---|
| 4. | "Guy Runs and Slides down Upwards Escalator" (https://www.youtube.com/watch?v=jK3OyXOMQYc) – acquired Aug. 2, 2013 | "Vine Comp Of The Week Part 122!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhay3DWBLinZ7Q0pv9) – posted Jul. 10, 2015 |
| 5. | "Man Falls Through Golf Shop Roof" (https://www.youtube.com/watch?v=vKdfnsXiO94) – acquired Jan. 7, 2014 | "Hey Ron" (https://www.instagram.com/p/-P-9pShZl4/?taken-by=realwshh) – posted Nov. 18, 2015 |
| 6. | "Little Girl Maestro Conducts Choir" (https://www.youtube.com/watch?v=i7W3ICpONVs) – acquired Mar. 6, 2014 | "If Young Metro Dont Trust You" (https://twitter.com/WORLDSTAR/status/703950589949042688) – posted Feb. 28, 2016;<br><br>(https://www.instagram.com/p/BCVVdrsBZvi/) – posted Feb. 28, 2016 |
| 7. | "Drunk Woman Falls in Kebab Shop" (https://www.youtube.com/watch?v=JfUxxp0Cnjw) – acquired May 6, 2014 | "Her ankles just said nah…" (https://www.instagram.com/p/BHbP9pnAgU_) – posted Jul. 3, 2016 |
| 8. | "Bench Press Safety Bars Fail" (https://www.youtube.com/watch?v=y1zB-Bu6V44) – acquired Mar. | (https://www.instagram.com/p/BBpsEFkhZsU) – posted Feb. 11, 2016; |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | 29, 2014 | "Vine Comp Of The Week Part 152!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhPBk89aRzS6H2GhrP) – posted Feb. 12, 2016 |
|---|---|---|
| 9. | "Little Girl Freaks Out Getting Flu Shot" (https://www.youtube.com/watch?v=MZIBz-9J1o4) – acquired Jul. 16, 2014 | "LOL: Little Girls Reaction to Getting a Doctors Shot!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh15QLwRc2JWqXcf9P) – posted Feb. 18, 2015 |
| 10. | "Shirtless Man Jumps on Cactus" (https://www.youtube.com/watch?v=PHSJCMkUa9Y) – acquired Feb. 18, 2013 | "Vine Comp Of The Week Part 142!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhk0Gm52617peH0820) – posted Dec. 4, 2015 |
| 11. | "Alzheimer's Patient Mom Recognizes Her Daughter" (https://www.youtube.com/watch?v=IxDo0j6l2s8) – acquired Sept. 2, 2014 | (https://www.instagram.com/p/BBP8cZvhZrV) – posted Feb. 1, 2016 |
| 12. | "Bulldogs Use Teamwork to Get Tire Out of Pool" (https://www.youtube.com/watch?v=4gqfl8Rr10Y) – acquired Sept. 2, 2014 | "Vine Comp Of The Week Part 120!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh6yO5X57ADXBo5IGA) – posted Jun. 25, 2015 |
| 13. | "Shotgun Goes off inside House Accident" (https://www.youtube.com/watch?v=rpeb4sqDu0k) – acquired Jun. 29, 2013 | "Vine Comp Of The Week Part 155!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhJN326MX08rpgVgKh) – posted Mar. 4, 2016 |

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

35

AMENDED COMPLAINT

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | |
|---|---|---|
| 14. | "Student Puts Metal Compass in Light Socket" (https://www.jukinmedia.com/licensing/view/15099) – acquired Dec. 5, 2014 | "Vine Comp Of The Week Part 166!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh7Vsv5V1nkETAR37v) – posted May 20, 2016; (https://www.instagram.com/p/BFxDUBpBZt0/) – posted May 23, 2016 |
| 15. | "Kid Makes People Uncomfortable with Public Phone Calls" (https://www.youtube.com/watch?v=49p0snQwo0M) – acquired Dec. 7, 2014 | "Lol" How To Make People Uncomfortable!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh1PCa939b2FOAJ41J) – posted Dec. 6, 2014 |
| 16. | "The Grinch Steals Spotlight in Yoga Class" (https://www.youtube.com/watch?v=HsvyjePPFRs) – acquired Dec. 9, 2014 | "School tomorrow" (https://instagram.com/p/6yj5iFhZhi/?taken-by=realwshh) – posted Aug. 24, 2015 |
| 17. | "Megatron Street Performer Calls Out Selfie Seeker" (https://www.youtube.com/watch?v=M5rpbCQlo6Q) – acquired Dec. 17, 2014 | "Megatron Goes In On A Chick Taking A Selfie!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhbwERe3l3VUMiDhq3) – posted Dec. 16, 2014 |
| 18. | "Woman Drives Police Boot off Car at Bad Girls Club Audition" (https://www.youtube.com/watch?v=fC4uhOxHqk8) – acquired Dec. 21, 2014 | "No F*cks Given: Woman Gets Her BMW Booted At A Bad Girls Club Audition And Drives Off Anyway" (http://www.worldstarhiphop.com/videos/video.php?v=wshhdaiZvdb51E |

AMENDED COMPLAINT

| | | |
|---|---|---|
| | | A33F4c) – posted on or before April 1, 2015. |
| 19. | "Dad Reminds Daughter that She's a Princess" (https://www.youtube.com/watch?v=lNpwinrIeYU) – acquired Jan. 3, 2015 | "Good Parenting: Father Tells His Daughter How A Good Man Should Treat Her!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhNAb7MmR01e7f0tCt) – posted Dec. 29, 2014 |
| 20. | "Dog Gets Groomed in Hair Salon" (https://www.youtube.com/watch?v=dZE1IyNg75o) – acquired Jan. 12, 2015 | "Bruh: Dog Sits On Salon Chair Like A Human As Hairstylist Cuts His Hair!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhZ9qBY70CRe58Yd34) – posted Jan. 12, 2015 |
| 21. | "Elephants on the Road in Thailand National Park" (https://www.youtube.com/watch?v=GTmRfsob5z8) – acquired Jan. 15, 2015 | "Hope Their Policies Cover This: Troll Elephant Sits On Cars In Traffic!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh01H89fa7ltlz026d) – posted Jan. 13, 2015 |
| 22. | "Squatter Steals Weight from Fellow Lifter" (https://www.youtube.com/watch?v=tZuIm8tdtzA) – acquired Jan. 19, 2015 | "Thug Life: No F*cks Given At the Gym!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhd2G3Ct50Uh63Avpx) – posted Jan. 17, 2015 |
| 23. | "Guy Gets Stuck on Pole" (https://www.youtube.com/watch?v=sZC1Op7eKqg) – acquired Jan. | "Lol: Guy Stuck on Pole Trick!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh71rjEZd82zD |

37

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| | 26, 2015 | 1F9Qr) – posted Jan. 31, 2015 |
| 24. | "Guy Pops Champagne Bottle with Butt" (https://www.youtube.com/watch?v=m1PnDWyAxRM) – acquired Jan. 26, 2015 | "Who Needs A Bottle Opener When You Can Do This!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh1wfwvHaq2wbM13EF) – posted Jan. 25, 2015 |
| 25. | "Overloaded Truck Topples Over" (https://www.youtube.com/watch?v=VHqHI4wHuQk) – acquired Jan. 29, 2015 | "Vine Comp Of The Week Part 108!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhnuG5kZpOHk6j8N2I) – posted Mar. 24, 2015 |
| 26. | "Man Plays Jenga with Mouse Trap, Loses" (https://www.youtube.com/watch?v=EA5Z1761ImI) – acquired Feb. 2, 2015 | "When Boredom Strikes: 2 Drunk Men Playing Mousetrap Jenga!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhSI5kn4x6Mpuvf81k) – posted Feb. 1, 2015 |
| 27. | "Cat Knocks Stuff off Table and Doesn't Care" (https://www.jukinmedia.com/licensing/view/16268) – acquired Feb. 11, 2015 | "Thug Life: This Cat Don't Give A F*ck!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh0BOjRyT1QSky72K4) – posted Feb. 11, 2015 |
| 28. | "Man Gets Gun Pulled on Him on Neighborhood Street" (https://www.youtube.com/watch?v=9b1fa93clLI) – acquired Feb. 14, 2015 | "Black Man Records White Man Pulling A Gun On Him Because He Presumed He Was A Drug Dealer!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhOS5y02z5ITd2r0nE) – posted Feb. 13, 2015 |
| 29. | "Ping Pong Player Throws Paddle at Opponent" | "growing up with siblings in 6 seconds" (https://instagram.com/p/7- |

| | | |
|---|---|---|
| | (https://www.youtube.com/watch?v=ApgrBSXnK5A) – acquired Feb. 17, 2015 | m23kBZlp/?taken-by=realwshh) – posted Sept. 23, 2015 |
| 30. | "Gymnastics Backbend Faceplant" (https://www.jukinmedia.com/licensing/view/16359) – acquired Feb. 17, 2015 | "Vine Comp Of The Week Part 110!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhS0N8A009X5f30nDI) – posted Apr. 9, 2015 |
| 31. | "Man Hangs onto Back of Car after Fight" (https://www.youtube.com/watch?v=W1D3SnPM3J0) – acquired Feb. 20, 2015 | "Parking Lot Altercation Quickly Escalates to Attempted Murder!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh2i4Ul08w3OS4tz4O) – posted Feb. 22, 2015;<br><br>"Vine Comp Of The Week Part 137!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhB7UnpqX4l9xE6255) – posted Oct. 23, 2015 |
| 32. | "Skateboard Jumps over Wall and Takes out Other Guy" (https://www.youtube.com/watch?v=2N3zlII8USQ) – acquired Mar. 2, 2015 | "Vine Comp Of The Week Part 114!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh0Ak5OSJL6U47TYrR) – posted May 13, 2015 |
| 33. | "Dad Launches Kid from Airbed into Wall" (https://www.youtube.com/watch?v=nM_WiiGqT74) – acquired Mar. 3, 2015 | "Vine Comp Of The Week Part 118!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh8oulrc65s7uxmR3q) – posted Jun. 10, 2015 |
| 34. | "Girl Sliding Down Escalator | "Vine Comp Of The Week Part 108!" |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

AMENDED COMPLAINT

| | | |
|---|---|---|
| | Smashes Face in Glass" (https://www.youtube.com/watch?v=NLPc_5_96GY) – acquired Mar. 5, 2015 | (http://www.worldstarhiphop.com/videos/video.php?v=wshhnuG5kZpOHk6j8N2I) – posted Mar. 24, 2015 |
| 35. | "Amazing Moment When Father of Four Hears Silence for First Time" (https://www.youtube.com/watch?v=18kqcczy6MQ) – acquired Mar. 6, 2015 | "The Moment A Father Of Four Hears Silence For The First Time" (http://www.worldstarhiphop.com/videos/video.php?v=wshhvJ752ugY1u0iM0x1) – posted Mar. 7, 2015 |
| 36. | "Funny Dog Sticks out Tongue" (https://www.youtube.com/watch?v=vuTQKwcKyrQ) – acquired Mar. 7, 2015 | "when bae bout to sit on yo face" (https://twitter.com/WORLDSTAR/status/708711158480371712) – posted Mar. 12, 2015;  "when bae bout to sit on yo face" (https://www.instagram.com/p/BC3KHsUhZh4/) – posted Mar. 12, 2015 |
| 37. | "Cat Hides to Sneak Attack other Cat" (https://www.youtube.com/watch?v=cvJ2BDkcLjE) – acquired Mar. 14, 2015 | "Vine Comp Of The Week Part 149!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhNr5J5pBUH4Q4zJWF) – posted Jan. 22, 2016;  "Thug Life" (https://twitter.com/WORLDSTAR/status/705166996304961536) – posted Mar. 2, 2016; |

AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | | |
|---|---|---|---|
| 1 2 | | | (https://www.instagram.com/p/BCd-m-1hZh8) – posted Mar. 2, 2016 |
| 3 4 5 6 7 | 38. | "Cop Stun Guns Naked Man in the Junk" (https://www.youtube.com/watch?v=TgQiTPkAwNQ) – acquired Mar. 16, 2015 | "R.I.P. To His Love Life: Cop Tasers Naked Lunatic On His Penis!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhG483pR443aF9e1f7) – posted Mar. 17, 2015 |
| 8 9 10 11 12 13 14 15 16 17 18 19 20 | 39. | "Guy Serenades Ladies in Unconventional Way" (https://www.youtube.com/watch?v=-Bc_y3g0Un4) – acquired Mar. 22, 2015 | "Vine Comp Of The Week Part 109!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh5Z4dV3N9y1Hb1ZcV) – posted Apr. 3, 2015;<br><br>"Singing to bae on #ValentinesDay" (https://twitter.com/WORLDSTAR/status/695666130266886150) – posted Feb. 5, 2016;<br><br>"Singing to bae on #ValentinesDay" (https://www.instagram.com/p/BBaeBnWhZkS/) – posted Feb. 5, 2016 |
| 21 22 23 24 25 26 27 28 | 40. | "Girl Falls out of Golf Cart" (https://www.youtube.com/watch?v=0kmUpTMIUd8) – acquired Oct. 8, 2015 | "She wasn't ready" (https://twitter.com/WORLDSTAR/status/690010979741097984) – posted Jan 20, 2016;<br><br>(https://www.instagram.com/p/BAySY1JhZmf/) – posted Jan 20, 2016; |

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

41

AMENDED COMPLAINT

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | |
|---|---|---|
| | | "Vine Comp Of The Week Part 149!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhNr5J5pBUH4Q4zJWF) – posted Jan 22, 2016 |
| 41. | "Drunk Guy Gets Hurt Trying to Attack Woman at Bus Stop" (https://www.youtube.com/watch?v=yMN38q5AYR4) – acquired Aug. 12, 2015 | "Drunk Russian Tries To Fight A Woman At The Bus Stop But Knocks Himself Out!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhSO54GXAdr4543sgP) – posted Sept. 3, 2015;<br><br>"Vine Comp Of The Week Part 130!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh1xn2gw1WyX5904C4) – posted Sept. 10, 2015 |
| 42. | "Guy Sticks Head out of Plane" (https://www.youtube.com/watch?v=NEjFnAuBwDU) – acquired Apr. 1, 2015 | "Vine Comp Of The Week Part 112!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhMluVI72q9mkIsbV4) – posted Apr. 23, 2015 |
| 43. | "Guy Falls Attempting to Swing on Stairwell" (https://www.youtube.com/watch?v=1bFoUXdwuMo) – acquired May 11, 2015 | "Vine Comp Of The Week Part 115!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhb42W2SAvzlLdtXlb) – posted May 19, 2015 |
| 44. | "Guy Flips off Crowd, Falls off Truck" (https://www.jukinmedia.com/licensing/view/893187) – acquired | "Lol: When Acting Tough Goes Wrong!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh02NdgJlT3T |

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | |
|---|---|---|
| | Mar. 26, 2015 | 6AA1f0) – posted Mar. 26, 2015;<br><br>"Vine Comp Of The Week Part 109!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh5Z4dV3N9y1Hb1ZcV) – posted Apr. 3, 2015 |
| 45. | "Woman Asks For Cigarette" (https://www.youtube.com/watch?v=h6oCNJ_AVGs) – acquired Mar. 30, 2015 | "Vine Comp Of The Week Part 109!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh5Z4dV3N9y1Hb1ZcV) – posted Apr. 3, 2015;<br><br>"ronda rousey 10years after getting knocked out by holly holm" (https://www.instagram.com/p/-KPW46BZlQ/?taken-by=realwshh) – posted Nov. 16, 2015 |
| 46. | "Kid Shoots Screen with Airsoft Gun" (https://www.youtube.com/watch?v=GXTLVQ1eiik) – acquired Mar. 30, 2015 | "Kid Accidentally Shoots His Airsoft Gun At His Computer Monitor!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh3q4qY7Mfnn601wvM) – posted Mar. 30, 2015 |
| 47. | "Elmo and Cookie Monster Share Some Adult Fun" (https://www.youtube.com/watch?v=-_49VS4nuao) – acquired Apr. 6, 2015 | "WTF: This Elmo And Cookie Monster Toy Is Just So Wrong!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhgrdoN78K65FT4wVI) – posted Jun. 27, 2015 |
| 48. | "School Fight Ends in Patty Cake" (https://www.youtube.com/watch? | "Vine Comp Of The Week Part 110!" (http://www.worldstarhiphop.com/vi |

| | | |
|---|---|---|
| | v=ioTiEZCGekA) – acquired Apr. 4, 2015 | deos/video.php?v=wshhS0N8A009X 5f30nDI) – posted Apr. 9, 2015 |
| 49. | "Pool Jumper Trips on Spiked Fence" (https://www.youtube.com/watch?v=h-Uyl3aPsGQ) – acquired Apr. 10, 2015 | "Fail: Guy Jumps Over A Spoked Fence And Fails Miserably!" (http://www.worldstarhiphop.com/vi deos/video.php?v=wshhs2epgEyhWx yCP7J3) – posted Apr. 6, 2015 |
| 50. | "Kids Body Slamming Cars Get Arrested" (https://www.youtube.com/watch?v=udBtfZMQkJU) – acquired Apr. 6, 2015 | "Teenagers Get Chased Down And Arrested For Doing 'Put Em In A Coffin' On People's Cars!" (http://www.worldstarhiphop.com/vi deos/video.php?v=wshh1F2a2bjEnC gUotJs) – posted Apr. 5, 2015 |
| 51. | "Teacher Performs Liquid Methane Demo" (https://www.youtube.com/watch?v=W_5m71oyNys) – acquired Apr. 7, 2015 | "Vine Comp Of The Week Part 109!" (http://www.worldstarhiphop.com/vi deos/video.php?v=wshh5Z4dV3N9y 1Hb1ZcV) – posted Apr. 3, 2015 |
| 52. | "Two Girls Freak out on Slingshot Ride" (https://www.youtube.com/watch?v=ACOJbRV_k-k) – acquired Apr. 9, 2015 | "Two Girls Freak Out On The Slingshot" (http://www.worldstarhiphop.com/vi deos/video.php?v=wshh2UNS1Fj6D 47V7iAs) – posted Apr. 8, 2015; (https://www.instagram.com/p/-18wzHhZvl/?taken-by=realwshh) – posted Dec. 3, 2015 |
| 53. | "Girl Terrified of Manatee" | "Girl Freaks Out When Manatee |

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

44

| | | |
|---|---|---|
| | (https://www.youtube.com/watch?v=yLmfgK8adXk) – acquired Apr. 10, 2015 | Comes Close To Her!” (http://www.worldstarhiphop.com/videos/video.php?v=wshhsU91tIETmG09eh79) – posted Apr. 10, 2015;<br><br>“Vine Comp Of The Week Part 123!” (http://www.worldstarhiphop.com/videos/video.php?v=wshhX63TvSF4y8f5PwFS) – posted Jul. 17, 2015 |
| 54. | “Man Makes Himself Appear and Disappear in the Dark” (https://www.youtube.com/watch?v=yb_PFwwlfS8) – acquired Apr. 12, 2015 | “Vine Comp Of The Week Part 111!” (http://www.worldstarhiphop.com/videos/video.php?v=wshh1G9Cr7rzVtb9FXuL) – posted Apr. 15, 2015 |
| 55. | “Taco Mascot Skateboards into Car” (https://www.youtube.com/watch?v=r0XegA8eDvQ) – acquired Apr. 13, 2015 | “Vine Comp Of The Week Part 112!” (http://www.worldstarhiphop.com/videos/video.php?v=wshhMluVI72q9mkIsbV4) – posted Apr. 23, 2015 |
| 56. | “Drunk Guy at Festival Passes Out after Wake Up Call” (https://www.youtube.com/watch?v=Wwy45984MB8) – acquired Apr. 20, 2015 | “Vine Comp Of The Week Part 117!” (http://www.worldstarhiphop.com/videos/video.php?v=wshhA8SuwSYJw07O7TBk) – posted Jun. 4, 2015 |
| 57. | “Principal Refuses To Give Man's Daughter's iPhone Back” (https://www.youtube.com/watch?v=tsTEV2AJ_Gg) – acquired Apr. | “WTF Kinda Rule Is This: Principal Refuses To Give Back His Daughter's Iphone 6 & Offers Him A Flip Phone Instead!” |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| | 16, 2015 | (http://www.worldstarhiphop.com/videos/video.php?v=wshhUp2BJ545fhr3dbm2) – posted Apr. 15, 2015 |
| 58. | "Kid Makes a Gaffe Asking to Pet Neighbor's Kitty" (https://www.youtube.com/watch?v=Ndm0uXQX_Rk) – acquired Apr. 18, 2015 | "Toddler Problem: Can I Pet Your Titties?" (http://www.worldstarhiphop.com/videos/video.php?v=wshha6A4655dst97022q) – posted Apr. 18, 2015 |
| 59. | "Domesticated Bear Walks Upright like Humans" (https://www.youtube.com/watch?v=9GBpeFJtka8) – acquired May 6, 2015 | "Bear Walks Around Like A Human!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhwAs15r541V6rhLKl) – posted May 8, 2015 |
| 60. | "Nurse Technician Moved to Tears Seeing Paraplegic Walk" (https://www.youtube.com/watch?v=75odu9sxwEA) – acquired Apr. 24, 2015 | "Touching: Patient Who Was Paralyzed For 11 Days Surprises Her Favorite Nurse By Walking!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh9WdxmHCPHr6585SU) – posted Apr. 22, 2015 |
| 61. | "Guy Solves 8 Rubik's Cubes Underwater for Guinness World Record" (https://www.youtube.com/watch?v=ianENTXpVmM) – acquired Apr. 30, 2015 | "Touching: Patient Who Was Paralyzed For 11 Days Surprises Her Favorite Nurse By Walking!" (https://www.instagram.com/p/BJaaxnqgvK_/) – posted Aug. 22, 2016 |
| 62. | "Alligator Bites Handler during Demonstration" (https://www.youtube.com/watch? | "Close Call: Man Almost Loses Arm By Alligator Bite At Spring Crawfish Festival!" |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | | |
|---|---|---|---|
| | | v=JnTFvKt_7lI) – acquired Jun. 22, 2015 | (http://www.worldstarhiphop.com/videos/video.php?v=wshhl4PxLu1AW31375HX) – posted Apr. 28, 2015 |
| | 63. | "Puppy Tries to Bark Away the Hiccups" (https://www.youtube.com/watch?v=WoCbrq3VHVw) – acquired Apr. 29, 2015 | "Too Cute: Puppy Doesn't Understand Hiccups!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhSXV5OkXvuM2R6xvI) – posted Apr. 30, 2015 |
| | 64. | "Girl Falls off Toy Bike While Singing" (https://www.youtube.com/watch?v=YK2SJ2gLrcM) – acquired Apr. 30, 2015 | "Vine Comp Of The Week Part 114!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh0Ak5OSJL6U47TYrR) – posted May 13, 2015 |
| | 65. | "Guy Chases down Camel on Abu Dhabi Highway" (https://www.youtube.com/watch?v=ZeQruJ0jz4o) – acquired Apr. 28, 2015 | "Vine Comp Of The Week Part 114!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh0Ak5OSJL6U47TYrR) – posted May 13, 2015 |
| | 66. | "Worker Pranks Man on Slingshot Ride" (https://www.youtube.com/watch?v=Wn8UqJCcV5w) – acquired May 1, 2015 | "Vine Comp Of The Week Part 113!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh6TRwUe2VIfkpUY1V) – posted May 8, 2015 |
| | 67. | "Guy Falls Trying to Jump Over Roller Rink Wall" (https://www.youtube.com/watch?v=gU_aa9OG9jA) – acquired May 4, 2015 | "Vine Comp Of The Week Part 116!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh8UTEtmD3iQ4Spr8X) – posted May 28, 2015 |

AMENDED COMPLAINT

| | | |
|---|---|---|
| 68. | "Girl Tries The Kylie Jenner Lip Challenge" (https://www.youtube.com/watch?v=yMOex0oIkWk) – acquired May 6, 2015 | "Vine Comp Of The Week Part 113!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh6TRwUe2VIfkpUY1V) – posted May 8, 2015 |
| 69. | "Man Jumps Across Window Ledges 40 Stories High" (https://www.youtube.com/watch?v=8AHgBX4VO_M) – acquired May 7, 2015 | "Vine Comp Of The Week Part 114!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh0Ak5OSJL6U47TYrR) – posted May 13, 2015 |
| 70. | "Fish Tries to Eat Woman's Hand" (https://www.youtube.com/watch?v=36SD8ERdBts) – acquired May 14, 2015 | (https://instagram.com/p/4FvuPfhZk6/?taken-by=realwshh) – posted Jun. 18, 2015 |
| 71. | "Coal Burning Stove Explodes in Garage" (https://www.youtube.com/watch?v=_bzv2Mm91HE) – acquired May 13, 2015 | "Experiments In Stupidity: German Guy Puts A Silicon Spray Can In An Oven!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh5doVhXE0CL1HcD2f) – posted May 29, 2015 |
| 72. | "Little Boy Tells off Monkey on Car" (https://www.youtube.com/watch?v=_RW_fIWuG2c) – acquired May 18, 2015 | "Vine Comp Of The Week Part 119!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhHO1bw3edn653FC4V) – posted Jun. 18, 2015 |
| 73. | "Cat Demonstrates Impressive Evasive Maneuver" (https://www.youtube.com/watch? | "Vine Comp Of The Week Part 115!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhb42W2SAvzl |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

AMENDED COMPLAINT

| | | v=01Ue7Dbf424) – acquired May 18, 2015 | LdtXlb) – posted May 19, 2015 |
|---|---|---|---|
| 74. | "Gator Rips Off Car Bumper" (https://www.youtube.com/watch?v=ynhumAumc8Q) – acquired May 22, 2015 | "Redneck Experiments: Gator Vs Pickup Truck!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhN1o6748sT28nxo4Y) – posted May 21, 2015;<br><br>"Vine Comp Of The Week Part 116!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh8UTEtmD3iQ4Spr8X) – posted May 28, 2015 |
| 75. | "Drunk Uncle Faceplants Trying to Jump Rope" (https://www.youtube.com/watch?v=P4pAf3jUeUE) – acquired Aug. 3, 2015 | "Vine Comp Of The Week Part 127!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh97dS71DR0JcZ4ML2) – posted Aug. 13, 2015, 2015 |
| 76. | "Brand New Corvette Speeds off Road" (https://www.youtube.com/watch?v=Wqtl7fXDKu4) – acquired May 24, 2015 | "What A Waste: Guy Crashes His Brand New $80K Corvette C7 Z06!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhCFtL58byfiVE4pI0) – posted May 24, 2015 |
| 77. | "Man Shows off Animal Impressions" (https://www.youtube.com/watch?v=2Qa9YDgtcaM) – acquired May 26, 2015 | "Skills: This Guy Can Make Any Animal Sound!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhvYk9CFj6vEyY9vRS) – posted May 26, 2015 |
| 78. | "Guy Jumps from Bunk Bed into | "Vine Comp Of The Week Part 118!" |

49

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | |
|---|---|---|
| | Pants" (https://www.youtube.com/watch?v=0s_kn8FiYFo) – acquired Jun. 2, 2015 | (http://www.worldstarhiphop.com/videos/video.php?v=wshh8oulrc65s7uxmR3q) – posted Jun. 10, 2015 |
| 79. | "Chicago Kids Have Roman Candle Fight" (https://www.youtube.com/watch?v=biAVdBLbZJM) – acquired Jun. 3, 2015 | "4TH OF JULY IN CHICAGO" (https://www.instagram.com/p/BHdyuvpAu3N/) – posted Jul. 4, 2016 |
| 80. | "Kid Gets Emotional About New Arm Cast" (https://www.youtube.com/watch?v=5-NXguyFFko) – acquired Jun. 5, 2015 | "Vine Comp Of The Week Part 118!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh8oulrc65s7uxmR3q) – posted Jun. 10, 2015 |
| 81. | "Bear Piggyback Ride" (https://www.youtube.com/watch?v=uU5-zxDrhd0) – acquired Jun. 11, 2015 | "Vine Comp Of The Week Part 119!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhHO1bw3edn653FC4V) – posted Jun. 18, 2015 |
| 82. | "Looney Tunes Mascots Do the Whip and Nae Nae" (https://www.youtube.com/watch?v=cG5GY3hC-d8) – acquired Jun.10, 2015 | "Bugs Bunny Can Whip: Different Side Of Looney Tunes!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhcFIZxW4VS25Gc71S) – posted Jun. 10, 2015; (https://instagram.com/p/3_xs8VhZr5/?taken-by=realwshh) – posted Jun. 16, 2015 |
| 83. | "Man Demolishes Backyard Fence | "Vine Comp Of The Week Part 137!" |

AMENDED COMPLAINT

| | | |
|---|---|---|
| | with Diving Header" (https://www.youtube.com/watch?v=1NzK1YOsw0U) – acquired Jun.11, 2015 | (http://www.worldstarhiphop.com/videos/video.php?v=wsshhB7UnpqX4l9xE6255) – posted  Oct. 23, 2015 |
| 84. | "Prankster Hides Hot Sauce in Friend's Drink" (https://www.youtube.com/watch?v=1OS16VDypkc) – acquired Jun. 12, 2015 | "Got EM: Mcdonalds Hot Sauce Prank!" (http://www.worldstarhiphop.com/videos/video.php?v=wsshh1ibJoiT50d8FWCtz) – posted Jun. 13, 2015 |
| 85. | "Crowd-Walking Singer Catches Beer and Then Drinks It" (https://www.youtube.com/watch?v=MTlFk-chSh4) – acquired Jun. 22, 2015 | (https://www.instagram.com/p/BBVcyvFhZlX/) – posted Feb. 3, 2016 |
| 86. | "Queen's Guard Push Tourist Out of Their Way" (https://www.youtube.com/watch?v=NTr50aHGDnI) – acquired Jun. 16, 2015 | "Vine Comp Of The Week Part 120!" (http://www.worldstarhiphop.com/videos/video.php?v=wsshh6yO5X57ADXBo5IGA) – posted Jun. 25, 2015 |
| 87. | "19-Month-Old Boy Can Read" (https://youtu.be/5GrbxLa4CH4) – acquired Nov. 18, 2015 | "Impressive: Smart 19 Month Old Boy Can Read Many Words!" (http://www.worldstarhiphop.com/videos/video.php?v=wsshhAn0JMXRiK7QqTtxj) – posted Nov. 19, 2015 |
| 88. | "Guy Slices Nose of Friend with Sword" (https://youtu.be/5GrbxLa4CH4) – acquired Jun. 21, 2015 | "Drunk Fail: Man Chops Friends Nose Off While Attempting Sword Trick!" (http://www.worldstarhiphop.com/vi |

V E N A B L E  L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

51

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| | | deos/video.php?v=wshhftKc6yWns3Dcwn5N) – posted Jun. 22, 2015 |
| 89. | "Gym Goer Uses Machine Incorrectly for Neck Exercise" (https://www.youtube.com/watch?v=W7RkFZMk_LE) – acquired Jun. 23, 2015 | "Vine Comp Of The Week Part 120!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh6yO5X57ADXBo5IGA) – posted Jun. 25, 2015 |
| 90. | "Bear Goes for Swim in Pool" (https://www.youtube.com/watch?v=I-yqvT8vKZc) – acquired Jun. 26, 2015 | "Bruiser Bear Cools Off In A Swimming Pool!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhNpRTH3QdF2SRz8W6) – Jun. 24, 2015 |
| 91. | "Two Guys Collide While Trying to Jump Over Bonfire" (https://www.youtube.com/watch?v=rOBB5KDn60w) – acquired Jun. 29, 2015 | "Vine Comp Of The Week Part 122!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhay3DWBLinZ7Q0pv9) – posted Jul. 10, 2015 |
| 92. | "Guy Shatters Glass Table with Sword" (https://www.youtube.com/watch?v=upb1XMwKTSI) – acquired Jun. 28, 2015 | "Fail: Why Cutting A Watermelon On A Glass Table Is A Bad Idea!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhTf7AOF0671wj2Kw2) – posted Jun. 30, 2015 |
| 93. | "Little Girl and Pregnant Mom Dance Together" (www.youtube.com/watch?v=EG8LD9-HdYs) – acquired Jul. 20, 2015 | "Pregnant Mother & Her Daughter Dance To "Watch Me (Whip / Nae Nae)" (http://www.worldstarhiphop.com/videos/video.php?v=wshhSAtC26OE4aS0pgV7) – posted Jul. 1, 2015 |

AMENDED COMPLAINT

| | | | |
|---|---|---|---|
| 94. | "Great White Sharks Attacks Metal Cage" (https://www.youtube.com/watch?v=bLGQPvRIA78) – acquired Jul. 1, 2015 | "Scary Ish: Great White Shark Attacks Diving Cage With Divers Inside!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhgG3BhyELJzt1Pi64) – posted Jul. 2, 2015 | |
| 95. | "Girl Backflops off Waterslide" (https://www.youtube.com/watch?v=_QkT9SftSko) – acquired Sept. 16, 2015 | "Vine Comp Of The Week Part 122!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhay3DWBLinZ7Q0pv9) – posted Jul. 10, 2015 | |
| 96. | "Little Girl Fails at Hula Hooping" (https://www.youtube.com/watch?v=IvjENIw_hCk) – acquired Jul. 10, 2015 | "Vine Comp Of The Week Part 123!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhX63TvSF4y8f5PwFS) – posted Jul. 17, 2015; "Me dealing with my life right now" (https://instagram.com/p/6D4VN6hZmZ/?taken-by=realwshh) – posted Aug. 6, 2015 | |
| 97. | "Parkour Daredevils Hang off Skyscraper" (https://www.youtube.com/watch?v=xv-rdyCByaE) – acquired Jul. 15, 2015 | "Vine Comp Of The Week Part 125!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhj0aaiPDUjUw9Lc5I) – posted Jul. 30, 2015; "21 No F*CKS Given" (https://www.facebook.com/worldstarhiphop/videos/vb.253968658003230/899882516745171/?type=2&theater) | |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| | | – posted Aug. 6, 2015 |
| 98. | "Firework Sparks Spray Man in the Face" (https://www.youtube.com/watch?v=yPYYhXIFJiY) – acquired Jul. 20, 2015 | (https://www.instagram.com/p/BHdNdZnAv1e/) – posted Jul. 4, 2016 |
| 99. | "Road Rage Against Motoryclist Turns Physical" (https://www.youtube.com/watch?v=_ZueHaDP4hU) – acquired Jul. 14, 2015 | "Road Rage: Man Gets Slammed On The Ground After Punching Morocylist In The Face!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh58a8eJ6gCrU95I12) – posted Apr. 1, 2016 |
| 100. | "Mom Gives Birth to 10lb Baby in Car" (https://www.youtube.com/watch?v=WXEZ6g2WLoM) – acquired Jul. 17, 2015 | "Vine Comp Of The Week Part 159!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh0AW5WLxl9I8g9tI7) – posted Apr. 1, 2016; (https://twitter.com/WORLDSTAR/status/714622335190327296) – Mar. 28, 2019; (https://www.instagram.com/p/BDhKKGNBZhE/) – Mar. 28, 2016 |
| 101. | "Man Shows Off Epic Roman Candle Guns" (https://www.youtube.com/watch?v=RzZefx6dE8M) – acquired Aug. 14, 2015 | "Guy Builds Dual Roman Candle Machine Guns!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhlNr4bcFlnkurVt8Y) – posted Aug. 17, 2015 |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| 102. | "Deer Screams like Human in Japan" (https://www.youtube.com/watch?v=qAVt1iRpvlc) – acquired Jul. 23, 2015 | "how your girl act when u wanna have a guys night" (https://instagram.com/p/52SvgThZmV/?taken-by=realwshh) – posted Aug. 1, 2015 |
| 103. | "Residents Receive Complaints About BBQ Smoke" (www.youtube.com/watch?v=RlR-81Ds-AM) – acquired Jul. 28, 2015 | "SMH: Florida Man Gets Harassed By A City Council Officer For Allowing BBQ Smells To Leave His Property!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh0Th0Aj4T35QCO0Gc) – posted Jul. 25, 2015 |
| 104. | "Ear Stretch Rips Earlobe" (https://www.youtube.com/watch?v=YH7UQgDiwX8) – acquired Sept. 2, 2015 | "Ouch: Girl Tries To Stretch Her Ear But It Doesn't Go As Planned!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhy2mfc8fo6r47n1lk) – posted Sept. 4, 2015 |
| 105. | "Man Crashes Porsche 918 Spyder in Resort Parking Lot" (https://www.youtube.com/watch?v=2-U6sxmzjnw) – acquired Aug. 1, 2015 | "Epic Fail: Guy Crashes His Million Dollar Porsche 918 Showing Off!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhY2Mhf3s54JaqoV32) – posted Jul. 29, 2015 |
| 106. | "Twin Ghost Prank Ends in Hit and Run" (https://www.youtube.com/watch?v=S3WQzB692wY) – acquired Aug. 1, 2015 | "Ghost Sisters Prank Goes Wrong! (Gets Run Over)" (http://www.worldstarhiphop.com/videos/video.php?v=wshhWSXuqq79p6jk97MK) – posted Aug. 3, 2015 |
| 107. | "Racist Lady Tells Hispanic | "Crazy Racist Old Lady Insults A |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | |
|---|---|---|
| | Woman to Speak English" (www.youtube.com/watch?v=LRJAwwti_8k) – acquired Aug. 4, 2015 | Woman For Speaking Spanish!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhqs2gIyOB7S01z4Sc) – posted Aug. 2, 2015 |
| 108. | "Dog Dressed as Shark Attacks Owner in Pool" (https://www.youtube.com/watch?v=LtFHLdluyzM) – acquired Aug. 5, 2015 | "Vine Comp Of The Week Part 127!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh97dS71DR0JcZ4ML2) – posted Aug. 13, 2015 |
| 109. | "Octopus Captures and Eats Seagull" (https://www.youtube.com/watch?v=2p2RR3g8UOM) – acquired Mar. 11, 2016 | "Octopus Catches A Seagull & Drown It!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhTEvIO04FIl0lBwNZ) – posted Mar. 11, 201 |
| 110. | "Dog Poses for Selfie" (www.youtube.com/watch?v=F094wVN4sGs) – acquired Aug. 7, 2015 | "Vine Comp Of The Week Part 127!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh97dS71DR0JcZ4ML2) – posted Aug. 13, 2015 |
| 111. | "3-Year-Old Tries to Break Board in Taekwondo" (www.youtube.com/watch?v=lQblz-6u3MI) – acquired Aug. 9, 2015 | "Little Boy Trying To Break In Takwondo!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhl3p6Lw9UU74KC5aH) – posted Aug. 10, 2015 |
| 112. | "Kid Flips and Lands Head-First off Pole" (https://www.youtube.com/watch?v=fRJgeWeHpHo) – acquired Aug. 13, 2015 | "Never Give Up: Guy Recovers From An Epic Backflip Fail! (Rewind Clip)" (http://www.worldstarhiphop.com/videos/video.php?v=wshhOnJl66eLh0I |

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | |
|---|---|---|
| 1 | | 25l4z) – posted Jul. 28, 2015 |
| 2 | 113. | "Baby Scowls at Parents Trying to Make Him Smile" (https://www.youtube.com/watch?v=JIJ7b9YUduE) – acquired Aug. 17, 2015 | "P*ssed Off: That's One Angry Baby!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhuq2J3YwUuS7XyQPT) – posted Aug. 16, 2015; |
| 8 | | | "Vine Comp Of The Week Part 128!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh1OXeP2Yg15W9mpGv) – posted Aug. 21, 2015; |
| 13 | | | "Vine Comp Of The Week Part 128!" (https://www.facebook.com/worldstarhiphop/videos/vb.253968658003230/916513141748775/?type=2&theater) - posted Aug. 24, 2015 |
| 18 | 114. | "Cat Pole Dances with Man" (https://www.youtube.com/watch?v=GN4_ctWUGMI) – acquired Aug. 17, 2015 | "Vine Comp Of The Week Part 133!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhodXful8cYbH3nxaG) – posted Sept. 25, 2015 |
| 22 | 115. | "Waitress Verbally Massacres Family Ordering at Restaurant" (http://www.youtube.com/watch?v=NX-bsg4QmTo) – acquired Aug. 19, 2015 | "Customers Go To A Chicago Restaurant Where The Waitresses Are Purposely Rude!" (http://www.worldstarhiphop.com/videos/video.php?v=wshho9qs8p12pY729vQT) – posted Dec. 8, 2015 |
| 28 | 116. | "Good Samaritan Pulls Over | "Ohio Man Hailed A Hero After |

AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| | Intoxicated Driver" (www.youtube.com/watch?v=ErG dNh7R8-w) – acquired Aug. 23, 2015 | Stopping Reckless Female Driver Swerving Across Several Lanes!" (http://www.worldstarhiphop.com/vi deos/video.php?v=wshhuCXXU7AN Q15m4sYc) – posted Aug. 23, 2015 |
| 117. | "Girl Passes Out Twice on Slingshot Ride" (https://www.youtube.com/watch? v=URSj-Lk3vo4) – acquired Aug. 31, 2015 | "Vine Comp Of The Week Part 165!" (http://www.worldstarhiphop.com/vi deos/video.php?v=wshh8vACgQnS9 5YxWa5y) – posted May 13, 2016 |
| 118. | "Crocodile Bites Foot off Another Crocodile" (https://www.youtube.com/watch? v=JLy-Iiy_Zp4) – acquired Aug. 26, 2015 | "Hungry Crocodile Rips Off & Eats Other Crocodiles Arm During Feeding Time" (http://www.worldstarhiphop.com/vi deos/video.php?v=wshh0U0sSdk82G PqH8TL) – posted Aug. 29, 2015 |
| 119. | "Toddler Grooves to Music in Car" (www.youtube.com/watch?v=v5-6jtkeRoA) – acquired Aug. 28, 2015 | "Vine Comp Of The Week Part 130!" (http://www.worldstarhiphop.com/vi deos/video.php?v=wshh1xn2gw1Wy X5904C4) – posted Sept. 10, 2015 |
| 120. | "Girl Performs Breathtaking Bicycle Tricks" (www.youtube.com/watch?v=48z C6jIT5aQ) – acquired Sept. 2, 2015 | "On Another Level: This Lady Bike Skills Are On Point!" (http://www.worldstarhiphop.com/vi deos/video.php?v=wshh0ZKkLbM6 m3xIMpTQ) – posted Aug. 31, 2015 |
| 121. | "Crow Goes for Ride on Windshield Wipers" | "Vine Comp Of The Week Part 137!" (http://www.worldstarhiphop.com/vi |

58

| | | (https://www.youtube.com/watch?v=pLJegq01S6A) – acquired Sept. 2, 2015 | deos/video.php?v=wshhB7UnpqX4l9xE6255) – posted Oct. 23, 2015 |
|---|---|---|---|
| | 122. | "Student Records Professor Walking into Class Every Day" (www.youtube.com/watch?v=Qfp7qWuJ4JY) – acquired Sept. 3, 2015 | "Vine Comp Of The Week Part 130!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh1xn2gw1WyX5904C4) – posted Sept. 10, 2015 |
| | 123. | "Guy Freaks Out as Boat Approaches Edge" (https://www.youtube.com/watch?v=DYzT-Pk6Ogw) – acquired Sept. 8, 2015 | (https://www.instagram.com/p/BCBnWWABZuK/) – posted Feb. 20, 2016;<br><br>(https://instagram.com/p/7JDvdKBZsR/?taken-by=realwshh) – posted Sept. 2, 2015 |
| | 124. | "Guy Picks Up Car and Moves It Out of Parking Spot" (https://www.youtube.com/watch?v=SyItdXnYvFQ) – acquired Sept. 4, 2015 | "Strength On 100: Man's Car Is Blocked So He Picks It Up & Moves" (http://www.worldstarhiphop.com/videos/video.php?v=wshhL6o36bW7z83f14kY) – posted Sept. 4, 2015;<br><br>(https://instagram.com/p/7dwYQeBZkY/?taken-by=realwshh) – posted Sept. 10, 2015 |
| | 125. | "Man Waits for Wife with Flowers and Chocolates" (https://www.youtube.com/watch? | (https://instagram.com/p/7bYzmrhZkp/?taken-by=realwshh) – posted Sept. 9, 2015 |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

59

| | | |
|---|---|---|
| | v=5sw_qUHx9vE) – acquired Sept. 9, 2015 | |
| 126. | "Baby Tries to Scare Dad When Cutting Her Nails" (https://www.youtube.com/watch?v=JZmSzXJvAs8) – acquired Sept. 16, 2015 | "Too Cute: Baby Fake Cries Every Time His Dad Tries To Cut His Fingernails!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh7TP5UQ1FxGHay3YW) – posted Sept. 14, 2015; (https://instagram.com/p/7vRj1rhZmk/?taken-by=realwshh) – posted Sept. 17, 2015 |
| 127. | "Man Catches Thief Stealing from Car" (youtu.be/kjA0WPTwHeM) – acquired Sept. 14, 2015 | "Caught Red Handed: Woman Caught Stealing From A Man's Car And She Had No Idea He Was Behind Her Recording The Whole Thing!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh5Jb04yk924kMJadS) – posted Sept. 12, 2015 |
| 128. | "Dog Covers Sleeping Baby with Blanket" (https://www.youtube.com/watch?v=FGproEvedkI) – acquired Sept. 26, 2015 | "Vine Comp Of The Week 135!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhM45qzuH6m8V25LIC) – posted Oct. 9, 2015 |
| 129. | "Dog Doesn't Care if Owner Passes Out" (www.youtube.com/watch?v=2za | "Vine Comp Of The Week 138!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh3em459G5XI |

AMENDED COMPLAINT

| | | HZzqe32c) – acquired Sept. 21, 2015 | j2d8GO) – posted Oct. 30, 2015 |
|---|---|---|---|
| | 130. | "Skateboarder Wipes Out Hard on Half-Pipe" (www.youtube.com/watch?v=vzWDQnYnH1I) – acquired Sept. 22, 2015 | "Vine Comp Of The Week 133!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhodXful8cYbH3nxaG) – posted Sept. 25, 2015;<br><br>"Dog Knocks Out Skateboarder By Snagging His Board During A Trick!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhZ1rxgWqN1065Eyuv) – posted Sept. 26, 2015 |
| | 131. | "Dog Begs to Have Strawberry" (https://youtu.be/NoVHmEsWuLw) – acquired Sept. 20, 2015 | "Vine Comp Of The Week 132!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhgYyGiky15VDy2067) – posted Sept. 22, 2015 |
| | 132. | "Man Sings to Dying Wife" (https://www.youtube.com/watch?v=wWPOG_hxkTE) – acquired Sept. 21, 2015 | (https://instagram.com/p/8G3OQkhZnq/?taken-by=realwshh) – posted Sept. 26, 2015 |
| | 133. | "Rat Takes Pizza Home On The Subway" (https://www.youtube.com/watch?v=UPXUG8q4jKU) – acquired Sept. 21, 2015 | "Rat Tries To Carry An Entire Slice Of Pizza Down NYC Subway Stairs!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhAs4t8K4rcToi8NHt) – posted Sept. 21, 2015; |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| | | (https://instagram.com/p/76IS97hZjU /?taken-by=realwshh) – posted Sept. 21, 2015;<br><br>(https://www.instagram.com/p/BEjEJ bMBZms/) – posted Apr. 23, 2016 |
| 134. | "Angry Jogger Yells at Man with Stroller" (https://www.youtube.com/watch? v=KdkW577cCCI) – acquired Sept. 22, 2015 | "Enraged White Guy Who Claims He 'Settled' Downtown Brooklyn Accuses Stroller Pusher Of 'White Privilege'!" (http://www.worldstarhiphop.com/vi deos/video.php?v=wshhlJ4z0Dk202u STt7W) – posted Sept. 24, 2015 |
| 135. | "Young Jamaican Boy also Motivational Trainer" (https://www.youtube.com/watch? v=xADR05UfhGQ) – acquired Sept. 25, 2015 | "When they are born serious" (https://instagram.com/p/78sndUBZl X/?taken-by=realwshh) – posted Sept. 22, 2015 |
| 136. | "How to Ruin a Beautiful Car" (https://www.youtube.com/watch? v=KNsjvZk8nT0) – acquired Oct. 5, 2015 | "Show-off Fail: Man Ruins His $400K Lamborghini By Over Revving His Engine & It Catches On Fire!" (http://www.worldstarhiphop.com/vi deos/video.php?v=wshhJK0yUO51fl 6ka72g) – posted Oct. 6, 2015 |
| 137. | "Guilty Dogs Won't Admit To Tearing Up Sweatpants" (https://www.youtube.com/watch? | "Proof That Dogs Understand Our Language!" (http://www.worldstarhiphop.com/vi |

AMENDED COMPLAINT

| | | |
|---|---|---|
| | v=SGdbPXR97lY) – acquired Sept. 30, 2015 | deos/video.php?v=wshhMsNO0L0QpbGNo9ko) – posted Sept. 30, 2015 |
| 138. | "Wheel Gets Launched by Airbags and Smashes Car Window" (https://www.youtube.com/watch?v=hfgxAL3t2Tw) – acquired Sept. 28, 2015; | "Vine Comp Of The Week 134!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh3TNVw6Zp7PIqbMMf) – posted Oct. 2, 2015; (https://www.instagram.com/p/BIUNBP5Atfd/) – posted Jul. 26, 2016 |
| 139. | "Black Bear Chews On Girl's Kayak" (https://www.youtube.com/watch?v=nU5cMZymSr0) – acquired Sept. 30, 2015 | "He Gives 0 F*cks: Woman Starts Crying After Bear Starts Destroying Her Kayak Right In Front Of Her!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh78868BJ94Igz6Dm8) – posted Sept. 30, 2015 |
| 140. | "Dog Takes Care of Passed Out Friend" (https://www.youtube.com/watch?v=rj13_j3-tsk) – acquired Oct. 5, 2015 | "Vine Comp Of The Week Part 125!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhj0aaiPDUjUw9Lc5I) – posted Jul. 30, 2015 |
| 141. | "Semi Truck Drives through Flooded Highway" (https://www.youtube.com/watch?v=Xl2rCWGgyog) – acquired Oct. 5, 2015 | "This Truck Driver Gives 0 F*cks About A Flooded Road!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhuF519D4FJ6704f0I) – posted Oct. 5, 2015 |
| 142. | "Little Thug Does a Magic Trick" (https://www.youtube.com/watch?v=6Xw--nJ1c7k) – acquired Oct. | "Thug Life: Little Girl Performs A Magic Trick!" (http://www.worldstarhiphop.com/vi |

AMENDED COMPLAINT

| | | |
|---|---|---|
| | 10, 2015 | deos/video.php?v=wshh94YLdoA3L Nw5YKJI) – posted Oct. 9, 2015; (https://instagram.com/p/8qmiHqBZt U/?taken-by=realwshh) – posted Oct. 10, 2015 |
| 143. | "Two Rats Fight Over Pizza" (https://youtu.be/ggrHnYd_S30) – acquired Oct. 9, 2015 | "Two Rats Fight Over A Slice Of Pizza In The NYC Subway!" (http://www.worldstarhiphop.com/vi deos/video.php?v=wshhtfi7TZE2oe8 dvLd8) – posted Oct. 10, 2015 |
| 144. | "Kid Tries to Buy Mom Maxi Pads" (https://www.youtube.com/watch? v=imZ_3tbxNpE) – acquired Oct. 15, 2015 | "Lol: Little Boy Holding A Pack Of Maxi Pads Asks His Mother "Don't You Use These For Your Butt" (http://www.worldstarhiphop.com/vi deos/video.php?v=wshhv223rd69sIC 8HW8R); (https://www.instagram.com/p/9mIo Q9hZrP/?taken-by=realwshh) – posted Nov. 2, 2015 |
| 145. | "Jaguar Dives into River to Catch Alligator" (https://www.youtube.com/watch? v=7ExKqRuO-hs) – acquired Oct. 14, 2015 | "Vine Comp Of The Week Part 137!" (http://www.worldstarhiphop.com/vi deos/video.php?v=wshhB7UnpqX4l9 xE6255) – posted Oct. 23, 2015; "Jaguar Dives Into A River To Catch A Caiman! |

AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| | | (http://www.worldstarhiphop.com/videos/video.php?v=wshhu0JqP23I5WK35pSV) – posted Oct. 15, 2015 |
| 146. | "Woman Gives Birth on Airplane" (https://www.youtube.com/watch?v=nP4hr1pxFNM) – acquired Oct.14, 2015 | "Chinese Woman Gives Birth On Airplane!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhVF0RAJJ93sLS1EzZ) – posted Oct. 13, 2015 |
| 147. | "Gun Safety 101" (https://www.youtube.com/watch?v=X7iQalpsAVU) – acquired Oct. 18, 2015 | "Vine Comp Of The Week Part 137!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhB7UnpqX4l9xE6255) – posted Oct. 23, 2015 |
| 148. | "Man with Machete Gets Hit by Car" (https://www.youtube.com/watch?v=6WwD8gXQ-4Y) – acquired Oct.19, 2015 | "Wild Scene: Crazy Guy Swinging His Machete At Cars Gets Taken Out!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh5V35I9KrSeMPm1Ge) – posted Oct. 20, 2015 |
| 149. | "Baby Motorboats Mom" (https://www.youtube.com/watch?v=rFsiFj10iiM) – acquired Oct. 23, 2015 | "Vine Comp Of The Week Part 138!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh3em459G5XIj2d8GO) – posted Oct. 30, 2015 |
| 150. | "Deer Scores Goal during Soccer Game" (https://www.youtube.com/watch?v=MWWkN6MScKI) – acquired Oct. 24, 2015 | "Vine Comp Of The Week Part 138!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh3em459G5XIj2d8GO) – posted Oct. 30, 2015 |

AMENDED COMPLAINT

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| 151. | "Kid in T-Rex Costume Running Around" (www.youtube.com/watch?v=m3rrLCFEXZM) – acquired Oct. 26, 2015 | (https://instagram.com/p/9R0geoBZjN/?taken-by=realwshh) – posted Oct. 25, 2015 |
| 152. | "Police Arrest Chewbacca" (https://www.youtube.com/watch?v=bi-qVKFZ1vM) – acquired Oct. 27, 2015 | "Man Dressed Up As Chewbacca Arrested While Campaigning For Darth Vader!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh1q6ba99d48Fq20Im) – posted Oct. 27, 2015 |
| 153. | "Grandma Advises Grandson Against Smirnoff Ice" (https://www.youtube.com/watch?v=2Qh7LSb1h_I) – acquired Oct. 29, 2015 | "Grandma Freaks Out Because She Thinks Grandson's 'Smirnoff Ice' Has Crystal Meth In It!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh8mMZzpjYkaoVh96S) – posted Oct. 28, 2015 |
| 154. | "2nd Story Beer Pong Dunk Fail" (https://www.youtube.com/watch?v=vvfq4EgwJBc) – acquired Oct. 27, 2015 | "Fail: Dude Attempts A Second Story Beer Pong Dunk!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh6K1ixfRfXHn52d5k) – posted Oct. 27, 2015 |
| 155. | "Guy Charges into Phone Booth" (https://www.youtube.com/watch?v=rGr__7j6eJQ) – acquired Oct. 29, 2015 | "Fail: When Headbutting Your Best Friend Goes Wrong!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh49fs84M0o0L7scw9) – posted Oct. 29, 2015 |
| 156. | "Darth Vader Crashes on Segway" | "Vine Comp Of The Week Part 139!" |

66

AMENDED COMPLAINT

| | | |
|---|---|---|
| | (https://www.youtube.com/watch?v=0IQy2SRfgKM) – acquired Oct. 29, 2015 | (http://www.worldstarhiphop.com/videos/video.php?v=wshhaX1RtNtBsBheQcqT) – posted Nov. 11, 2015 |
| 157. | "Instant Life Jacket Using Trousers" (https://www.youtube.com/watch?v=dyfLHD3mRVY) – acquired Nov. 11, 2015 | "Marine Shows A Creative Way On How To Survive From Drowning!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhaX1RtNtBsBheQcqT) – posted Nov. 1, 2015 |
| 158. | "Kitten Rides Box Down Stairs" (https://www.youtube.com/watch?v=nTZQ9Ntq71c) – acquired Oct. 31, 2015 | (https://www.instagram.com/p/9ogNkxBZnh/?taken-by=realwshh) – posted Nov. 3, 2015 |
| 159. | "Subway Station Singer Belts Out Soulful Tune" (https://youtu.be/fc7PZWY30Ko) – acquired Nov. 2, 2015 | "Subway Singer Moves People To Tears With his Incredible Platform Performance!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhh49s99g5w0TbfivS) – posted Nov. 7, 2015 |
| 160. | "Don't Wheelie Inside the House" (https://www.youtube.com/watch?v=YUN5q9vVIqY) – acquired Nov. 2, 2015 | "Vince Comp Of The Week Part 150!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhsh6yF1e97f67gf46) – posted Jan. 29, 2016; "Vince Comp Of The Week Part 150!" (https://www.facebook.com/worldstarhiphop/videos/1001631216570300/) |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| | | – posted Jan. 29, 2016 |
| 161. | "Big Brother Knocks Younger Brother Down" (https://www.facebook.com/ronda.foxverret/videos/10153374636439615/) – acquired Nov. 11, 2015 | "Vine Comp Of The Week Part 159!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh0AW5WLxl9I8g9tI7) – posted Apr. 1, 2016 |
| 162. | "Cat and Owner Vibe Out to Music" (www.youtube.com/watch?v=ShRyNfse29c) – acquired Nov. 7, 2015 | "Feeling It: Hotline Bling Cat!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhR73upg9oEmu5R2l9) – posted Nov.7, 2015 |
| 163. | "Kid Gets Hit by Bowling Ball in Class" (https://www.youtube.com/watch?v=5QNlrBtuszE) – acquired Mar. 11, 2016 | "Vine Comp Of The Week Part 161!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhyBKZ789440qUQmXD) – posted Apr.15, 2016 |
| 164. | "Cockatiel Sings Addam's Family Theme Song" (www.youtube.com/watch?v=bQ1JUzcNLTM) – acquired Nov. 6, 2015 | "Vine Comp Of The Week Part 140!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhzLl73cSUrNBEjCRS) – posted Nov. 20, 2015 |
| 165. | "Little Boy Responds to Adele's "Hello"" (https://www.youtube.com/watch?v=pasDRF4VW4s) – acquired Nov. 6, 2015 | "Vine Comp Of The Week Part 139!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh9gl0AHLBv8Qwsvwf) – posted Nov. 11, 2015 (https://www.instagram.com/p/BBoKMpxhZjB/) – posted Feb. 10, 2016 |
| 166. | "Jet Skier Performs Amazing | "Skills: Freestyle Jet Ski World |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

68

| | | |
|---|---|---|
| | Freestyle Tricks" (https://www.jukinmedia.com/licensing/view/914908) – acquired Nov. 17, 2015 | Champion "Ant Burgess" Shows Off his Incredible Moves!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh6WH90tMB14A7J0Rx) – posted May 31, 2015 |
| 167. | "Man Plays with Toy Snowmen" (https://youtu.be/gC1FAcP5TU4) – acquired Nov. 19, 2015 | "Vine Comp Of The Week Part 140!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhzLl73cSUrNBEjCRS) – posted Nov. 20, 2015 |
| 168. | "Guy Drops Condom Filled with Water on Friend's Head" (https://youtu.be/XsEZ-f47VG0) – acquired Dec. 2, 2015 | "LMFAO ASIANS ARE LIT" (https://www.instagram.com/p/-Kz58xhZjI/?taken-by=realwshh) – posted Nov. 16, 2015; <br><br> "The Condom Challenge!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhGCztGZ0uyX3fJ0Gy) – posted Nov. 28, 2015 |
| 169. | "Raven Talks like a Human" (https://www.youtube.com/watch?v=AfsnHVaScjg) – acquired Nov. 25, 2015 | "Ravens Can Talk Just Like People!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh9K0ZCEhM56M78MwH) – posted Nov. 22, 2015 |
| 170. | "Little Man Slips and Falls" (https://www.jukinmedia.com/licensing/view/915877) – acquired Nov. 30, 2015 | "Little Man Has Hops" (https://www.instagram.com/p/-uAw_KBZkS/?taken-by=realwshh) – posted Nov. 30, 2015 |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

69

AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| 171. | "Father Goes Crazy when Song Comes On" (https://www.youtube.com/watch?v=SW9dHOhqCJc) – acquired Dec. 5, 2015 | (https://www.instagram.com/p/-w6tD7BZqS/?taken-by=realwshh) – posted Dec. 1, 2015 |
| 172. | "Man Slaps Dog's Butt" (https://youtu.be/JhX_aib-mkA) – acquired Dec. 10, 2015 | (https://www.instagram.com/p/_DCqX7hZlH/?taken-by=realwshh) – posted Dec. 8, 2015;<br><br>"Vine Comp Of The Week Part 143!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhx84Kxo1hx2cvFunT) – posted Dec. 11, 2015;<br><br>"Vine Comp Of The Week" (https://www.facebook.com/worldstarhiphop/videos/974006909332731/) – posted Dec. 11, 2015 |
| 173. | "Groom Cries When He Sees Bride" (https://youtu.be/vbzbMPOW7y0) – acquired Dec. 10, 2015 | "True Love: Groom Has A Priceless Reaction When Seeing His Bride Walk Down The Aisle!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhr8516pjWcXO291b5) – posted Dec. 11, 2015 |
| 174. | "Muscular Man Plays Game with Other Men" (https://youtu.be/i5jiHKibktg) – | (https://www.instagram.com/p/_r59WFhZh0/) – posted Dec. 24, 2015; |

70

| | | |
|---|---|---|
| | acquired Dec. 15, 2015 | "Vine Comp Of The Week Pt. 145!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh5BR7d6k2lH58vhgV) – posted Dec. 26, 2015 |
| 175. | "Little Boy Smirks at Woman" (https://www.youtube.com/watch?v=WKMg528DMh4) – acquired Dec. 17, 2015 | (https://www.instagram.com/p/_VlKRtBZpD/) – posted Dec. 15, 2015;<br><br>"Vine Comp Of The Week Part 144!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhVIRIZHw2XpQJzs77) – posted Dec. 18, 2015;<br><br>"Vine Comp Of The Week #144" (https://www.facebook.com/worldstarhiphop/videos/978692075530881/) – posted Dec. 20, 2015 |
| 176. | "Dad Walks Around House in Gnome Costume" (https://youtu.be/oLUvEe-VRWI) – acquired Dec. 22, 2015 | "Vine Comp Of The Week Pt. 145!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh5BR7d6k2lH58vhgV) – posted Dec. 26, 2015 |
| 177. | "Dog Puts Zero Effort into Workout" (https://www.facebook.com/valork9academy/videos/659149460853424/) – acquired Dec. 22, 2015 | (https://www.instagram.com/p/BDB6OtbhZq_/) – posted Mar. 16, 2016;<br><br>"Vine Comp Of The Week Part 157!" (http://www.worldstarhiphop.com/vi |

71

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| | | deos/video.php?v=wshhCfV4dAiMb o8eRU40) – posted Mar. 23, 2016 |
| 178. | "Girl Crashes into Christmas Tree" (https://youtu.be/IHtl9b5la6s) – acquired Dec. 27, 2015 | "Vine Comp Of The Week Pt. 145!" (http://www.worldstarhiphop.com/vi deos/video.php?v=wshh5BR7d6k2lH 58vhgV) – posted Dec. 26, 2015

(https://www.instagram.com/p/_w7y 3ehZhV/) – posted Dec. 26, 2015 |
| 179. | "Couple Falls into Wall at Movie Theater" (https://youtu.be/ashRbzuB0JU) – acquired Jan. 8, 2016 | (https://www.instagram.com/p/_0qRy DBZij/) – posted Dec. 27, 2015 |
| 180. | "Segway Explodes on Sidewalk" (https://www.youtube.com/watch?v=9bAZfe7b9uw) – acquired Jan. 3, 2016 | "Man Calls Fire Department After His Hoverboard Bursts Into Flames! '$600 Down the Drain'" (http://www.worldstarhiphop.com/vi deos/video.php?v=wshhW5jJ86M7pk ApRl1q) – posted Dec. 31, 2015 |
| 181. | "Man Meets Plastic Chair" (www.youtube.com/watch?v=yxB 4iID9XaY) – acquired Jan. 12, 2016 | "Fail: Old Guy Tries To Stand On An Egg & It Doesn't Go Well!" (http://www.worldstarhiphop.com/vi deos/video.php?v=wshh0Mo0k7s9gK 7p9J8d) – posted Jan. 8, 2016;

"vine comp part 147" |

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

72

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| | | (https://www.facebook.com/worldstarhiphop/videos/989415437791878/) – posted Jan. 8, 2016 |
| 182. | "Raccoons Invade Restaurant" (https://youtu.be/lrIXoXrS5RU) – acquired Jan. 8, 2016 | "Chinese Restaurant Worker Tries To Get Rid Of 2 Huge Raccoons!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhbqenYn55XT4A11cs) – posted Jan. 8, 2016 |
| 183. | "Dog Chases after Darts on TV" (www.youtube.com/watch?v=A45dPHHtlC8) – acquired Jan. 9, 2016 | "Vine Comp Of The Week Part 148!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhfQ9gWHVBt27h5RsW) – posted Jan. 15, 2016; "Vine Comp Part 148" (https://www.facebook.com/worldstarhiphop/videos/993274664072622/) – posted Jan. 16, 2016 |
| 184. | "Man on Subway Gives Homeless Man Shirt Off his Back" (https://youtu.be/ubBIyTz8bf0) – acquired Jan.10, 2016 | "Act Of Kindness: Guy Gives His Clothes To A Homeless Man On A NYC Train!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhN4h3QZ3szz9882Sg) – posted Jan. 9, 2016; (https://www.instagram.com/p/BAaH8YxBZuC/) – posted Jan. 11, 2016 |
| 185. | "Construction Worker Breaks through Wall" | "Lol: These Construction Workers Acting A Fool!" |

73

| | | (https://www.youtube.com/watch?v=XE1XE6Thp9E) – acquired Mar. 4, 2016 | (http://www.worldstarhiphop.com/videos/video.php?v=wsshhD39QYLx515M640J6) – posted Mar. 7, 2016<br><br>"Vine Comp Of The Week Part 162!" (http://www.worldstarhiphop.com/videos/video.php?v=wsshh3723DhdYNIdf0x8N) – posted Apr. 22, 2016 |
| --- | --- | --- | --- |
| 186. | | "Train Passenger Aggressively Pokes Phone" (https://www.youtube.com/watch?v=s_Ulutv65eg) – acquired Jan. 13, 2016 | "Act Of Kindness: Guy Gives His Clothes To A Homeless Man On A NYC Train!" (https://www.instagram.com/p/BBc9FinhZtD/) – posted Feb. 6, 2016;<br><br>(https://www.facebook.com/worldstarhiphop/videos/1005781209488634/) – posted Feb. 6, 2016<br><br>"Vine Comp Of The Week Episode 152!" (http://www.worldstarhiphop.com/videos/video.php?v=wsshhPBk89aRzS6H2GhrP) – posted Feb. 12, 2016 |
| 187. | | "Little Boy Jumps on Top of Weights" (www.youtube.com/watch?v=NieSK_cF0vo) – acquired Jan. 13, | "Vine Comp Of The Week Part 151!" (http://www.worldstarhiphop.com/videos/video.php?v=wsshhVOvai6B1Ikjer6mp) – posted Feb. 5, 2016 |

V E N A B L E  L L P<br>2049 CENTURY PARK EAST, SUITE 2300<br>LOS ANGELES, CA  90067<br>310-229-9900

74

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | 2016 | |
|---|---|---|---|
| 188. | "Little Girl Demonstrates How to Cut Hair" (https://www.youtube.com/watch?v=MlW8Z1Sc7po) – acquired Jan. 20, 2016 | "Vine Comp Of The Week Part 166!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh7Vsv5V1nkETAR37v) – posted May 20, 2016 |
| 189. | "Man Dances and Performs Tricks in Wind Tunnel" (https://www.youtube.com/watch?v=lI0unfK7FPo&feature=youtu.be) – acquired Jan. 27, 2016 | "Dope: Indoor Skydiving Dance!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhdvt70B2W61cw3hwj) – posted Jan. 25, 2016 |
| 190. | "Austin Road Rage" (https://www.youtube.com/watch?v=oytNiLHwljg) – acquired Jan. 26, 2016 | "Road Rage: Two Drivers Attack Each Other With A Bat & Stick!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhbqenYn55XT4A11cs) – posted Jan. 26, 2016 |
| 191. | "Garbage Truck Explodes in Neighborhood" (https://youtu.be/y7gmJwHkfvg) – acquired Jan. 27, 2016 | "Vine Comp Of The Week Part 151!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhVOvai6B1Ikjer6mp) – posted Feb. 5, 2016 |
| 192. | "Kid Whacks Balancing iPad with Hockey Stick" (https://www.youtube.com/watch?v=bOacuYsMTB8) – acquired Feb. 5, 2016 | (https://www.facebook.com/worldstarhiphop/videos/1007149286018493/) – posted Feb. 8, 2016;<br><br>"This baby is a straight savage" (https://twitter.com/WORLDSTAR/status/703697784394932228) – posted Feb. 27, 2016 |

AMENDED COMPLAINT

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| 193. | "Weightlifting Vomit Incident" (https://www.facebook.com/jordan.wong.1420/videos/101547016370 53438/) – acquired Feb. 11, 2016 | (https://www.facebook.com/worldsta rhiphop/videos/1008913709175384/) – posted Feb. 11, 2016 |
| 194. | "Woman Crushes Watermelon with Legs" (https://www.facebook.com/Konfi denceByKortney/videos/11135849 75341230/) – acquired Feb. 10, 2016 | (https://www.instagram.com/p/BBlu9 xqhZtp/) – posted Feb. 9, 2016 |
| 195. | "Driver with Road Rage Gets Instant Karma" (https://www.youtube.com/watch? v=nA2I86GHPiU) – acquired Feb. 11, 2016 | "Idiot of the day!" (https://www.instagram.com/p/BI-0v-DgO0N/) – posted Aug. 11, 2016 |
| 196. | "Baby Flips off Mom Asking for Cake" (https://www.youtube.com/watch? v=uMaI1QrvjFs) – acquired Feb. 16, 2016 | "When someone tries to eat your food" (https://www.instagram.com/p/BB4Q aWtBZli/) – posted Feb. 16, 2016 |
| 197. | "Guy Fails at Parkour" (https://www.jukinmedia.com/lice nsing/view/927495) – acquired Mar. 5, 2016 | "Vine Comp Of The Week Part 111!" (http://www.worldstarhiphop.com/vi deos/video.php?v=wshh1G9Cr7rzVtb 9FXuL) – posted Apr. 15, 2016 |
| 198. | "Basking Shark Sighting off Panama City Beach Pier" (https://www.youtube.com/watch? | "Vine Comp Of The Week Part 156!" (http://www.worldstarhiphop.com/vi deos/video.php?v=wshhM4mK9US8 |

| | | | |
|---|---|---|---|
| | | v=6POpa3r_KA8) – acquired Feb. 19, 2016 | e01VIqnv) – posted Mar. 11, 2016 |
| | 199. | "Rat Tirelessly Tries to Get Inside Building" (https://www.youtube.com/watch?v=bhQjX6oIVOM) – acquired Mar. 2, 2016 | "It's So Cold In Chicago A Rat Refuses To Stay Outside!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh2p54y9RoBQ1ac4CF)– posted Mar. 8, 2016 |
| | 200. | "Son Pretends to Cut Mom's Hair" (https://youtu.be/JKpj4z-ddJs) – acquired Mar. 4, 2016 | "did her dirty" (https://www.facebook.com/worldstarhiphop/videos/1015850651815023/) – posted Feb. 22, 2016 |
| | 201. | "Guy Rides Skateboard in Trashcan" (https://instagram.com/p/BCguMGPtZ67/) – acquired Mar. 9, 2016 | "Slide in Shorty DM's Like…" (https://www.instagram.com/p/BC8zTKjBZgV/) – posted Mar. 14, 2016 |
| | 202. | "Baby Balances on Side of Crib" (https://www.youtube.com/watch?v=AHwj2oGxdL4) – acquired Apr. 5, 2016 | "Real Or Fake? Baby Balancing On the Railing Of His Crib!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh7BrBEFY0yH5a2WG7) – posted Apr. 3, 2016 |
| | 203. | "Dad Scares Daughter with Chucky Doll" (https://www.youtube.com/watch?v=mVn4lGO_3rw) – acquired Mar. 18, 2016 | "Father Pranks His Daughter Into Thinking Chucky Killed Him!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh9m72mgCy728Amc54) – posted Mar. 19, 2016 |
| | 204. | "Woman Receives Cochlear Implant and Marriage Proposal" (https://www.youtube.com/watch? | "Deaf Woman Hears For the First Time & Her Boyfriends Proposes To Her!" |

AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

| | | v=M9z5O5RP2SU) – acquired Mar. 17, 2016 | (http://www.worldstarhiphop.com/videos/video.php?v=wshh3TrDDDJaEVrHzJrp) – posted Mar. 18, 2016 |
|---|---|---|---|
| | 205. | "Girl Has Rough Start on Track" (https://www.youtube.com/watch?v=UdyiU4nPw_I) – acquired Mar. 21, 2016 | (https://www.instagram.com/p/BDMzeEkhZvS/) – posted Mar. 20, 2016;<br><br>"Vine Comp of the Week Part 157!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhCfV4dAiMbo8eRU40) – posted Mar. 23, 2016;<br><br>(https://twitter.com/WORLDSTAR/status/711757732680863744) – posted Mar. 20, 2016;<br><br>"Are You Okay, Honey?" (https://www.facebook.com/worldstarhiphop/videos/1034095246657230/) – posted Mar. 21, 2016 |
| | 206. | "Guy Slips on Banana Peel" (https://www.youtube.com/watch?v=8MZs28-AAOU) – acquired Mar. 28, 2016 | "Vine Comp Of The Week 159!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh0AW5WLxl9I8g9tI7) – posted Apr. 1, 2016;<br><br>(https://twitter.com/WORLDSTAR/status/716492525599588355) – posted Apr. 3, 2016; |

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| 1 2 | | (https://www.instagram.com/p/BDucI gABZlN/) – posted Apr. 2, 2016 |
| 3 4 5 6 7 | 207. | "Guy Suplexes Friend's Face into Pool Deck" (https://www.youtube.com/watch?v=6BWY-nMU8hk) – acquired Apr. 8, 2016 | "Vine Comp Of The Week Part 160!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhH545B2C2e6 UOZD1c) – posted Apr. 8, 2016 |
| 8 9 10 11 12 | 208. | "Southern Mom Shoots Kids' Cell Phones" (https://www.youtube.com/watch?v=6BWY-nMU8hk) – acquired Apr. 9, 2016 | "Took It To Another Level: Southern Mother Sick of Social Media!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhPf2tJYurB5w L91ZK) – posted Apr. 9, 2016 |
| 13 14 15 16 17 | 209. | "Guy Sings while Cooking Steak and Eggs" (https://www.youtube.com/watch?v=Wpjk0oGjiME) – acquired Apr. 13, 2016 | "This Guy Makes A Parody Of A Disney Song About Steak & Eggs!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhcLXtWR5Ty VsZfBaN) – posted Apr. 13, 2016 |
| 18 19 20 21 22 | 210. | "Pregnant Woman's Baby Moves in Stomach" (https://www.youtube.com/watch?v=urx8kA2YGDA) – acquired Apr. 28, 2016 | "Vine Comp Of The Week Part 176!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh8o2zxG2d26 NE2qz4) – posted Jul. 29, 2016 |
| 23 24 25 26 27 | 211. | "Baby Dances Along to Dad's Rapping" (https://www.youtube.com/watch?v=x1cXM7ftl-0) – acquired Apr.18, 2016 | "Cute: Little Girl Jams To Her Dad Rapping!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhSR9UP87524 6uNuPA) – posted Apr. 20, 2016 |
| 28 | 212. | "Daredevil Rides Swegway on | (https://www.instagram.com/p/BEy1s |

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| | Edge of Rooftop" (https://www.youtube.com/watch?v=mzoymq_Wx0Q) – acquired Apr. 18, 2016 | N0hZv6/?taken-by=worldstar) – posted Apr. 29, 2016; "Fearless: Man Rides His Hoverboard On The Edge Of A Skyscraper!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh7q9keFkiuu7XedSg) – posted Apr. 19, 2016; "Vine Comp Of The Week Part 162!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh3723DhdYNIdf0x8N) – posted Apr. 22, 2016; "Vine Comp Of The Week Part 163" (http://www.worldstarhiphop.com/videos/video.php?v=wshh8Y71z3UcUJ1BcWG1) – posted Apr. 29, 2016; (https://www.instagram.com/p/BEbtRfJhZoN/) – posted Apr. 20, 2016; (https://www.instagram.com/p/BIgj5-mA4Rt/) – posted Jul. 30, 2016 |
| 213. | "Woman Can't Read 'Hotel Receptionist'" | "Woman Can't Read 'Hotel Receptionist'!"(http://www.worldstar |

80

| | | https://www.youtube.com/watch?v=Q2XJoa4OvOk – acquired Apr. 27, 2016 | hiphop.com/videos/video.php?v=wshhVQ9qrv57mYr8fFwr) – posted Apr. 30, 2016 |
|---|---|---|---|
| 214. | "Biking Cliffside in Moab" (https://www.jukinmedia.com/licensing/view/933157) – acquired May 10, 2016 | "Fearless: Dudes Ride Their Bikes At The Edge Of A Cliff!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhr575RzX49S9nLR8t) – posted May 7, 2016 |
| 215. | "Dildo Airport Prank"(https://twitter.com/WillBurge/status/728314719249915904) – acquired May 11, 2016 | "Bachelor Party Surprise: Guys Humiliate Their Friend During His First Time Flying" (http://www.worldstarhiphop.com/videos/video.php?v=wshh02sz8Gs5cEVI6a0x) – posted May 11, 2016 |
| 216. | "Teen Gets Hit with Basketball" (https://www.youtube.com/watch?v=84cqW5RmEXs) – acquired May 18, 2016 | "Vine Comp Of The Week Part 166!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh7Vsv5V1nkETAR37v) – posted May 20, 2016 |
| 217. | "Guy Eats Pizza with Brawl in Front of Him" (https://www.youtube.com/watch?v=Ts-d3gP39ws) – acquired May 18, 2016 | "Vine Comp Of The Week Part 166!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh7Vsv5V1nkETAR37v) – posted May 20, 2016 |
| 218. | "Car Crushes Guy's Skateboard" (https://www.youtube.com/watch?v=UcC5ulNDxaE) – acquired May 19, 2016 | "Vine Comp Of The Week Part 166!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh7Vsv5V1nkETAR37v) – posted May 20, 2016; |

AMENDED COMPLAINT

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| | | https://www.instagram.com/p/BFkH3 SuhZiP/-) – posted May 18, 2016 |
| 219. | "Fridge Falls on Top of Thief" (https://www.youtube.com/watch?v=Vd708evWsIE) – acquired May 30, 2016 | (https://www.instagram.com/p/BFuQ nUOhZkl/) – posted May 22, 2016 |
| 220. | "Little Boy Freaks out on Roller Coaster" (https://www.youtube.com/watch?v=SsFkBFKtunM) – acquired Jun. 1, 2016 | "Lol: Kid Freaks Out On A Roller Coaster!" (http://www.worldstarhiphop.com/vi deos/video.php?v=wshh2rxk9Z6Qa3 4ja46k) – posted Jun. 2, 2016 |
| 221. | "Driver Sleeps in Car while in Traffic" (https://www.youtube.com/watch?v=ocK1IMiluM4) – acquired May 25, 2016 | "Man Gets Caught Sleeping At The Wheel While His Tesla Model S Is On Autopilot!" (http://www.worldstarhiphop.com/vi deos/video.php?v=wshh5oJ1K8T4L8 ZWfAqO) – posted May 24, 2016 |
| 222. | "Hotel Gives Master Key to Patron" (https://www.youtube.com/watch?v=HbQauX2LOFI) – acquired Jun. 4, 2016 | "This Motel Has An Interesting Key Policy!" (http://www.worldstarhiphop.com/vi deos/video.php?v=wshhrYcD83QW N1n0665g) – posted Jun. 5, 2016 |
| 223. | "Search Results Differ Based on Race" (https://www.youtube.com/watch?v=w4WZpkdbd3I) – acquired Jun. 8, 2016 | (https://www.instagram.com/p/BGZu 8dzBZoW/) – posted Jun. 8, 2016; "Messed Up: What Happens When You Search 'Three Black Teenagers' On Google!" |

AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| | | (http://www.worldstarhiphop.com/videos/video.php?v=wshhb6i5Vl4n4vn2qCdW) – posted Jun. 8, 2016;<br><br>(https://www.facebook.com/worldstarhiphop/videos/1086765691390185/) – posted Jun. 8, 2016 |
| 224. | "Swing Burpees Fail" (https://www.youtube.com/watch?v=gWFW-FNJLPk) – acquired Jun. 20, 2016 | (https://www.instagram.com/p/BI3o3CXAPgd/) – posted Aug. 8, 2016 |
| 225. | "Man Gets Overly Excited at Graduation Ceremony" (https://www.youtube.com/watch?v=VY2IqVCG5pA) – acquired Jun. 19, 2016 | "Lol: Proud Father Falls Out The Stands After Hearing His Son's Name During Graduation!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhY657n0YaNnH6A1zT) – posted Jun. 20, 2016;<br><br>(https://www.instagram.com/p/BG0DNeNhZlL/) – posted Jun. 18, 2016 |
| 226. | "Finding an ATM Skimmer in Vienna" (https://www.youtube.com/watch?v=ll4f0Wim4pM) – acquired Jun. 24, 2016 | "Scammers Worldwide: Man Finds An ATM Skimmer While On Vacation in Vienna, Austria!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhs512VJ3HuJx7G5Ck) – posted Jun. 24, 2016 |
| 227. | "Airplane Engine Bursts into | "Scary: Singapore Airlines Flight |

AMENDED COMPLAINT

| | | |
|---|---|---|
| | Flames after Making Emergency Landing" (https://www.youtube.com/watch?v=YZyrEvxiccQ) – acquired Jun. 28, 2016 | SQ368 Catches Fire After Emergency Landing!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh1E52i9uQ36WI2qu6) – posted Jun. 28, 2016 |
| 228. | "Iguanas Feed on Piece of Bread" (https://www.youtube.com/watch?v=Ls-EuSXYCdM) – acquired Jun. 30, 2016 | "Vine Comp Of The Week Part 173!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhrXulwBJeN80OtGxd) – posted Jul. 8, 2016 |
| 229. | "Girl Gets Attacked by Peacock during Selfie" (https://www.youtube.com/watch?v=YvHvZlvuGwI) – acquired Jun. 30, 2016 | "Vine Comp Of The Week Part 173!"(http://www.worldstarhiphop.com/videos/video.php?v=wshhrXulwBJeN80OtGxd) – posted Jul. 8, 2016 |
| 230. | "Police Officer Participates in Dance Party" (https://www.youtube.com/watch?v=nJMS7DBQjvo) – acquired Jul. 4, 2016 | (https://www.instagram.com/p/BHngfHUgxVv/) – posted Jul. 8, 2016 |
| 231. | "Runner Smashes Nuts into Pole" (https://www.jukinmedia.com/licensing/view/936984) – acquired Jul.17, 2016 | "Fail: Runner Smashes His Nuts Into A Pole!" (http://www.worldstarhiphop.com/videos/video.php?v=wshh67mJF8VkzPkKaK8w) – posted Jul. 19, 2016 |
| 232. | "Guy Watches People Playing Popular App on their Phones" (https://www.youtube.com/watch?v=BN6Q9dynAcY) – acquired Jul. | "Guy Playing Pokemon GO Realizes Everyone In His Neighborhood Is Playing It Too!" (http://www.worldstarhiphop.com/vi |

AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| | 14, 2016 | deos/video.php?v=wshhdH2xvTKT1H3BRDJ1) – posted Jul. 9, 2016 |
| 233. | "Two New Friends Won't Stop Hugging" (https://www.youtube.com/watch?v=zcP-AWy6Db8) – acquired Jul. 12, 2016 | "Beautiful: White & Black Toddler Meet For The First Time & Don't Want To Let Go Of Each Other!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhFG4eCHG4U4g7PP56) – posted Jul. 9, 2016 |
| 234. | "French Bulldog Dances to Music" (https://www.youtube.com/watch?v=heZjxGCDsWk) – acquired Jul. 11, 2016 | (https://www.instagram.com/p/BILhHVgA1-M/) – posted Jul. 22, 2016 |
| 235. | "Lasergirl Performs Light Show" (https://www.youtube.com/watch?v=qOyGEJQyVEg) – acquired Jul. 16, 2016 | "Girl In Lingerie Puts On An Amazing Laser Show!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhVcr6f7nJR5dKY315) – posted Jul. 13, 2016 |
| 236. | "Beachgoers Confronted by Wild Boar" (https://www.youtube.com/watch?v=tlzFovpnrpg) – acquired Jul. 20, 2016 | "A Wild Boar Emerges From The Sea On A Beach In Poland" (http://www.worldstarhiphop.com/videos/video.php?v=wshh7q204QTq3PLPr7rG) – posted Jul. 27, 2016 |
| 237. | "Bridge Jump Bellyflop" (https://www.youtube.com/watch?v=ltPIOXHWHfQ) – acquired Jul. 21, 2016 | "Vine Comp Of The Week Part 175!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhS4S605zGebgT6894) – posted Jul. 22, 2016 |
| 238. | "Skater Whacks McLaren's | "Different Angle Of The Kid |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| | Windshield” (https://www.youtube.com/watch?v=9NLzlSaU4Qk) – acquired Jul. 22, 2016 | Smashing The Windshield Of A McLaren With His Skateboard!” (http://www.worldstarhiphop.com/videos/video.php?v=wshhtWbz4B67AR5moU74) – posted Jul. 23, 2016 |
| 239. | “Man Reunited with Mom after 10 Years” (https://www.youtube.com/watch?v=JcBl4XIjwxc) – acquired Aug. 1, 2016 | “Emotional Moment: Dude Reunites With His Mom After Not Seeing Her For 10 Years!” (http://www.worldstarhiphop.com/videos/video.php?v=wshh68X77cqMeN4HotXk) – posted Aug. 3, 2016; (https://www.instagram.com/p/BIux1iKAkhU/) – posted Aug. 5, 2016 |
| 240. | “Passerby Witnesses Crazy Head-On Collision” (https://www.youtube.com/watch?v=y_Jqemj6hfA) – acquired Aug. 8, 2016 | “Vine Comp Of The Week Part 178!” (http://www.worldstarhiphop.com/videos/video.php?v=wshh78pQ2aeXU5Ytq9w3) – posted Aug. 12, 2016 |
| 241. | “Woman with Prosthetic Leg Climbs Rock Wall” (https://www.youtube.com/watch?v=uWdo8lDVISg) – acquired Aug. 18, 2016 | (https://www.instagram.com/p/BJLGOeigt1m/) – posted Aug. 16, 2016 |
| 242. | “Asian Dude Is Feeling Real Nice After Surgery & Busts Out The Dance Moves!” (https://www.youtube.com/watch? | “Asian Dude Is Feeling Real Nice After Surgery & Busts Out The Dance Moves!” (http://www.worldstarhiphop.com/vi |

86

| | | | |
|---|---|---|---|
| | | v=Pas39gThRBw) – acquired Aug. 20, 2016 | deos/video.php?v=wshhTEb8Rp6f2O 3z2Dad) – posted Aug. 20, 2016;<br><br>(https://www.instagram.com/p/BJVn q2JA4JJ/) – posted Aug. 20, 2016 |
| | 243. | "Guilty Pitbull Puppy Hides His Face In Shame After Being Busted!" (https://www.youtube.com/watch?v=xEbfFgAZ9H4) – acquired Aug. 25, 2016 | (http://www.worldstarhiphop.com/videos/video.php?v=wshhkzGCpe15060if6j8) – posted Aug. 25, 2016 |
| | 244. | "Dad Pulverizes Red Car" (https://www.youtube.com/watch?v=2Eje6pJdWWo) – acquired Aug. 26, 2016 | "Angry Father Destroys His Daughter's Customized Audi A4 With A Digger After Catching Her Fooling Around With A Boy Inside!" (http://www.worldstarhiphop.com/videos/video.php?v=wshhQ0DZcw99iC7253Co) – posted Aug. 29, 2016 |

## Harm Caused by the Infringement;
## Jukin's Efforts to Stop Defendants' Infringement

164.   As described above, Defendants have engaged in at least 300 instances of infringement of Jukin's Original Videos.

165.   Both Jukin and the individual video creators are harmed by Defendants' infringement.  For example, the infringement causes them to lose license fees that Defendants should have paid for use of the videos, as well as losing the ability to monetize the videos through ad placement and the revenue derived from the network effects of viewers coming to Jukin-owned and managed

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

87

properties to view the Jukin content (e.g., repeated viewing within Jukin's channels, conversion of single-time viewers to long-term subscribers, etc.).

166. Since Defendants are either using the entire Jukin videos or are using the most significant and valuable portions of Jukin's videos, after viewers watch the Infringing Videos on Worldstarhiphop.com, and the Worldstar Social Media Accounts, they are unlikely to go to Jukin's channels to watch the Original Videos. As such, Jukin is losing views on its own channels and is missing out on capturing potential new viewers who otherwise may have watched the videos on Jukin's channels and become repeat viewers. While Jukin derives significant market value from its licenses, Defendants' actions produce an adverse effect to the licensing market by exposing the material to a significant number of viewers who no longer have a need to view the video from Jukin or Jukin licensee.

167. Jukin has undertaken various efforts to stop Defendants' infringement, such as takedown notices with Worldstarhiphop.com. Despite these efforts, Defendants not only continue to regularly and willfully infringe Jukin's videos, but the instances of infringement have increased exponentially and require more action by Jukin and involvement of the Court to adjudicate this dispute.

## FIRST CLAIM FOR RELIEF

## COPYRIGHT INFRINGEMENT (17 U.S.C. §§ 106 and 501)

168. Jukin incorporates and references the allegations asserted in each of the preceding paragraphs, as if fully set forth herein.

169. Defendants have infringed Jukin's copyright in the Original Videos in violation of at least Sections 106 and 501 of the Copyright Act, 17 U.S.C. by copying videos owned or exclusively licensed by Jukin without a license or permission.

170. Defendants' acts of infringement are willful, intentional, continuous, and purposeful, in disregard of and with indifference to Jukin's rights.

171. As a direct and proximate result of said infringement by Defendants,

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

1    Jukin is entitled to damages in an amount to be proven at trial.

2        172.    Jukin is also entitled to Defendants' profits attributable to the

3    infringement, pursuant to 17 U.S.C. § 504 and otherwise according to law.

4        173.    Jukin is also entitled to its costs and fees pursuant to 17 U.S.C. § 505

5    and otherwise according to law.

6        174.    Jukin is entitled to injunctive relief and redress for Defendants'

7    willful, intentional, and purposeful use and exploitation of the Jukin Original

8    Videos for their own financial benefit with full knowledge that such use

9    constituted infringement of, and was in disregard of, Jukin's rights.  Defendants'

10   conduct is causing and, unless immediately enjoined, will continue to cause

11   enormous and irreparable harm to Jukin.  Jukin is suffering lost revenue from loss

12   of licensing fees, decreased monetization because viewers are diverted to

13   Defendants' site, and reputational harm.  Defendants may not continue to exploit

14   Jukin's video compositions without authorization.  Defendants' conduct must

15   immediately be stopped and Jukin must be compensated for their willful acts of

16   infringement.

17       175.    As a direct and proximate result of the foregoing acts and conduct,

18   Jukin has sustained and will continue to sustain substantial, immediate, and

19   irreparable injury, for which there is no adequate remedy at law.  Jukin is informed

20   and believes, and on that basis avers, that unless enjoined and restrained by this

21   Court, Defendants will continue to infringe Jukin's rights in Jukin's videos.  Jukin

22   Media is entitled to preliminary and permanent injunctive relief to restrain and

23   enjoin Defendants' continuing infringing conduct.

### SECOND CLAIM FOR RELIEF

### FEDERAL TRADEMARK INFRINGEMENT (15 U.S.C. § 1114)

26       176.    Jukin incorporates and references the allegations asserted in each of

27   the preceding paragraphs, as if fully set forth herein.

28       177.    Jukin owns Registration No. 4,604,845, a valid and protectable federal

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

AMENDED COMPLAINT

1  trademark registration for FAILARMY for "Entertainment services, namely,

2  providing a web site featuring photographic, audio, video and prose presentations

3  featuring comedy."

4      178.   Defendants used Jukin's FAILARMY trademark on their website,

5  www.worldstarhiphop.com, including but not limited to Defendants' wholesale

6  reproduction of Jukin's FAILARMY trademark as part of Defendants reproduction

7  of "Ouchhh: Ultimate Parkour Fails Compilation!" at

8  http://www.worldstarhiphop.com/videos/video.php?v=wshhpr7C64b8TjvyXF7j.

9      179.   Defendants' use of Jukin's FAILARMY trademark creates a

10  likelihood of confusion, mistake, or deception as to the affiliation, connection, or

11  association, of Defendants with Jukin, or as to the origin, sponsorship, or approval

12  of Defendants' websites and/or videos by Jukin.

13      180.   Defendants' conduct is likely to induce consumers to believe, contrary

14  to the fact, that its website or videos are approved, sponsored, endorsed, approved

15  by, or connected with Jukin.

16      181.   Defendants' conduct is without Jukin's permission or authority.  Upon

17  information and belief, Defendants willfully, deliberately and maliciously engaged

18  in the described act with an intent to injure Jukin and to deceive the public.

19      182.   Defendants' use of the FAILARMY trademark that is confusingly

20  similar, and in fact identical, to Plaintiff's FAILARMY trademark constitutes

21  trademark infringement in violation of 15 U.S.C. § 1114.  Upon information and

22  belief, Defendants has profited from this infringement.

23      183.   This is an exceptional case under 15. U.S.C. § 1117(a).

24      184.   Defendants' conduct has caused damage to Jukin in an amount to be

25  determined at trial, and unless restrained, will continue to seriously and irreparably

26  impair further the value of the FAILARMY trademark, for which there is no

27  adequate remedy at law.

28      185.   In light of the foregoing, Jukin is entitled to injunctive relief

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

prohibiting Defendants from using the FAILARMY trademark, or any mark confusingly similar to the FAILARMY trademark for any purpose, and to recover from Defendants all damages, including attorneys' fees, that Jukin has sustained and will sustain as a result thereof, in an amount not yet known, but which circumstances warrant trebling pursuant to 15 U.S.C. § 1117(b), as well as the costs of this action.

## **PRAYER FOR RELIEF**

WHEREFORE, Jukin prays for judgment against Defendants as follows:

A.    For damages, or statutory damages, in amount to be determined at trial;

B.    For an accounting of Defendants' profits attributable to its infringements of Jukin's copyright in the Original Videos;

C.    For a preliminary and permanent injunction prohibiting Defendants, and their respective agents, servants, employees, officers, successors, licensees and assigns, and all persons acting in concert or participation with them, from continuing to infringe Jukin's copyrights in the Original Videos;

D.    For prejudgment interest according to law;

E.    For Jukin's reasonable attorneys' fees and costs incurred in this action; and

F.    For such other and further relief as the Court may deem just and proper.

Dated:  September 23, 2016          VENABLE LLP

By:   /s/ Tamany Vinson Bentz
       Douglas C. Emhoff
       Tamany Vinson Bentz
       Matthew J. Busch
       Attorneys for Plaintiff Jukin Media,
       Inc.

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

AMENDED COMPLAINT

# <u>DEMAND FOR JURY TRIAL</u>

Plaintiff Jukin Media, Inc. hereby demands a trial by jury for all issues to which it is so entitled.

Dated:  September 23, 2016          VENABLE LLP

By:  /s/ Tamany Vinson Bentz
           Douglas C. Emhoff
           Tamany Vinson Bentz
           Matthew J. Busch
           Attorneys for Plaintiff Jukin Media, Inc.

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

AMENDED COMPLAINT

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of September, 2016, I caused a true and correct copy of the foregoing document(s) described as: **AMENDED COMPLAINT FOR: 1) COPYRIGHT INFRINGEMENT; AND 2) FEDERAL TRADEMARK INFRINGEMENT** to be served via U.S. Mail and electronic mail on the interested parties in this action addressed as follows:

**<u>VIA ELECTRONIC MAIL AND U.S. MAIL</u>**
Neville Johnson
Jim Ryan
Johnson & Johnson LLP
439. N Canon Dr #200
Beverly Hills, CA 90210
njohnson@jjllplaw.com
jryan@jjllplaw.com

**<u>VIA U.S. MAIL</u>**
WSHH
1880 Century Park East, Suite 200
Los Angeles, CA 90067

Dated:  September 23, 2016          VENABLE LLP

By:   /s/ Tamany Vinson Bentz
          Douglas C. Emhoff
          Tamany Vinson Bentz
          Matthew J. Busch
          Attorneys for Plaintiff Jukin Media, Inc.

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

93