1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

8

9  JUKIN MEDIA, INC., a California
corporation

10                    Plaintiffs,

11              v.

12  QWORLDSTAR, INC., a California
corporation, d/b/a Worldstar, Worldstar Hip

13  Hop, Worldstar Candy, and/or Worldstar
Agency; WORLDSTAR MANAGEMENT,

14  LLC a California limited liability company;

15  and DOES 1 through 10,

16
17                    Defendants.
18

CASE NO.: 2:16-cv-6800-JFW(SSx)

**PROTECTIVE ORDER**

Complaint Filed:  9/9/16

Complaint served: 10/11/16

Hon. John F. Walter
Magistrate Judge Suzanne H. Segal

19
20
21
22
23
24
25
26
27
28

1

## PROPOSED ORDER

2

3          Based on the representations of counsel, and good cause appearing

4   therefore, the Court approves the parties' Stipulation for Protective Order filed on

5   __3/09/17___ as Docket No. ___30___, the terms of which shall be enforceable by

6   this Court in all respects.

7

8

9   **FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

10

11  Dated:  __3/14__, 2017          __/S/ SUZANNE H. SEGAL___

12                                       Suzanne H. Segal

13                                       U.S. Magistrate Judge

14

15

16  ____

17

18

19

20

21

22

23

24

25

26

27

28