Douglas L. Johnson (SBN 209216)
Jennifer J. McGrath (SBN 211388)
Robert Paredes (SBN 255329)
**JOHNSON & JOHNSON LLP**
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone: (310) 975-1080
Facsimile: (310) 975-1095
Email: djohnson@jjllplaw.com
jmcrath@jjllplaw.com
rparedes@jjllplaw.com

*Attorneys for Defendant*
QWorldstar, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUKIN MEDIA, INC., a California corporation<br><br>Plaintiffs,<br><br>v.<br><br>QWORLDSTAR, INC., a California corporation, d/b/a Worldstar, Worldstar Hip Hop, Worldstar Candy; and DOES 1 through 10,<br><br>Defendants. | CASE NO.: 2:16-cv-6800-JFW(SSx)<br><br>DECLARATION OF ROBERT PAREDES RE: ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE A PROPOSED STATEMENT OF DECISION<br><br>Hon. John F. Walter<br>Magistrate Judge Suzanne H. Segal<br><br>Date: n/a<br>Time: n/a<br>Location: Courtroom 7A |

# DECLARATION OF ROBERT PAREDES

I, Robert Paredes, declare as follows:

1. I am an associate in Johnson & Johnson LLP (the "Firm"), attorneys and general counsel for defendant, QWorldstar, Inc. ("Worldstar"). I am licensed to practice law in the State of California and have been admitted to practice before this Court. I have personal knowledge of the facts contained herein, and if called upon to testify, I could and would competently do so.

2. I make this Declaration in response to the Court's June 16, 2016 Order to Show Cause re failure to file a Statement of Decision pursuant to paragraph 5(f) of the Court's Standing Order (**Dkt. No. 50**.)

3. On May 19, 2017, the Firm filed Defendant's Motion to Amend Scheduling Order (the "Motion") (**Dkt. No. 43**). The Firm concurrently filed a [Proposed] Order Granting Defendant's Motion to Amend Scheduling Order. (**Dkt. 43-11**). (A true copy of the [Proposed] Order is attached hereto as **Exhibit "1."**)

4. It was not my intention to violate the Court's Standing Order. Indeed, I erroneously believed that the Proposed Order filed with the Motion complied with the Court's Standing Order that the parties file a "Proposed Statement of Decision… in a form that would be appropriate for the Court to enter as its final order in the motion" (**Dkt. No. 13**).

5. To cure my inadvertent error, the Firm has prepared and filed a [Proposed] Statement of Decision that complies with the Standing Order's requirements (**Dkt. No. 51**).

6. I apologize to the Court for my error and I would ask that neither the Firm nor Worldstar be prejudiced by my error.

///
///
///
///

1     I declare under penalty of perjury under the laws of the United States of
2 America that the foregoing is true and correct, to the best of my knowledge.
3 Executed this 20th day of June, 2017 at Beverly Hills, California.

                                                    By  /s/ Robert Paredes
                                                         Robert Paredes

DECLARATION OF ROBERT PAREDES RE: ORDER TO SHOW CAUSE