# EXHIBIT "1"

| | |
|---|---|
| 1 | Douglas L. Johnson (SBN 209216) |
| 2 | Jennifer J. McGrath (SBN 211388) |
|   | Robert Paredes (SBN 255329) |
| 3 | **JOHNSON & JOHNSON LLP** |
|   | 439 North Canon Drive, Suite 200 |
| 4 | Beverly Hills, California 90210 |
|   | Telephone:  (310) 975-1080 |
| 5 | Facsimile:   (310) 975-1095 |
|   | Email:       djohnson@jjllplaw.com |
| 6 |              jmcrath@jjllplaw.com |
| 7 |              rparedes@jjllplaw.com |

*Attorneys for Defendant*
QWorldstar, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUKIN MEDIA, INC., a California corporation<br><br>Plaintiffs,<br><br>v.<br><br>QWORLDSTAR, INC., a California corporation, d/b/a Worldstar, Worldstar Hip Hop, Worldstar Candy; and DOES 1 through 10,<br><br>Defendants. | CASE NO.: 2:16-cv-6800-JFW(SSx)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO AMEND SCHEDULING ORDER<br><br>Hon. John F. Walter<br>Magistrate Judge Suzanne H. Segal<br><br>Date:       June 26, 2017<br>Time:       1:30 p.m.<br>Location:   Courtroom 7A |

Upon a showing of good cause, the Motion of defendant QWorldstar, Inc. ("Defendant") for an Order Amending the December 13, 2016 Scheduling Order (the "Motion") is hereby GRANTED.

The Court has considered the Motion, as well as the evidence and Memorandum of Points and Authorities submitted in support thereof, and any opposing papers, and it appears to the Court therefrom that good cause exists for the granting of Defendant's Motion. The Court being fully advised and good and sufficient cause appearing therefore,

## ORDER

**IT IS HEREBY ORDERED** that all dates set forth in the December 13, 2016 Scheduling Order in this case are modified as follows:

|  | **Current Date** | **New Date** |
|---|---|---|
| Last day to conduct Settlement Conference | 5/2/17 | 7/31/17 |
| Last day to file Joint Report re: results of Settlement Conference | 5/9/17 | 8/7/17 |
| Discovery cut-off | 7/24/17 | 10/23/17 |
| Last day for hearing motions | 8/7/17 | 11/6/17 |
| Submit Pre-Trial Conf. Order; File Motions in Limine; Memo of Contentions of Fact and Law; Pre-Trial Exhibit Stipulation; Summary of Witness Testimony and Time Estimates; File Status Report re Settlement; File Agreed Upon Set of Jury Instructions and Verdict Forms; File Joint Statement re Disputed Instructions, Verdicts, etc. | 8/24/17 | 12/6/17 |

| Pre-Trial Conference; File Proposed Voir Dire Qs and Agreed-to Statement of Case | 9/8/17 | 12/21/17 |
|---|---|---|
| [Court trial] Hearing on Motions in Limine | X | |
| [Jury trial] Hearing on Motions in Limine; Hearing on Disputed Jury Instructions | 9/15/17 | 12/28/17 |
| Trial (jury) Estimated length: 3 days | 9/26/17 | 1/22/18 |

**IT IS SO ORDERED.**

Dated: _____, 2017  _____
Honorable John F. Walter
United States District Judge