1  VENABLE LLP
   Douglas C. Emhoff (SBN 151049)
2  demhoff@venable.com
   Tamany Vinson Bentz (SBN 258600)
3  tjbentz@venable.com
   Matthew J. Busch (SBN 307396)
4  mjbusch@venable.com
   2049 Century Park East, Suite 2300
5  Los Angeles, CA 90067
   Telephone: (310) 229-9900
6  Facsimile: (310) 229-9901

7  Attorneys for Plaintiff Jukin Media,
   Inc.
8

9              UNITED STATES DISTRICT COURT

10           FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

12 | JUKIN MEDIA, INC., a California corporation, | CASE NO. 2:16-cv-06800-JFW (SSx) |
|---|---|
| | Hon. John F. Walter |
|                  Plaintiff, | |
| v. | **JOINT REPORT RE RESULTS OF SETTLEMENT CONFERENCE** |
| QWORLDSTAR, INC., a California corporation, d/b/a Worldstar, Worldstar Hip Hop, Worldstar Candy, and/or Worldstar Agency, and DOES 1 through 10, | |
| | Action Filed:    September 9, 2016 |
| | Trial Date:       September 26, 2017 |
|                  Defendants. | |

JOINT REPORT RE RESULTS OF SETTLEMENT CONFERENCE

Pursuant to the Court's Order re Motion to Amend Scheduling Order (Dkt. No. 43), counsel for Plaintiff Jukin Media, Inc. ("Jukin") and Defendant QWorldstar, Inc. ("Worldstar") hereby submit the following Joint Report regarding Results of Settlement Conference.

On June 27, 2017, the parties successfully mediated the present dispute and entered into a settlement agreement and release (the "Settlement Agreement"). Pursuant to the terms of the Settlement Agreement, Jukin will file a stipulation to dismiss this action subject to the Court retaining jurisdiction to enforce the settlement, on or before July 31, 2017.

Dated:  June 30, 2017                         VENABLE LLP

                                              By: /s/ Tamany Vinson Bentz
                                                  Douglas C. Emhoff
                                                  Tamany Vinson Bentz
                                                  Matthew J. Busch
                                                  Attorneys for Plaintiff Jukin Media, Inc.

Dated:  June 30, 2017                         JOHNSON & JOHNSON, LLP

                                              By: /s/ Jennifer J. McGrath
                                                  Douglas L. Johnson
                                                  Jennifer J. McGrath
                                                  Robert Paredes
                                                  Attorneys for Defendant QWorldstar, Inc.

## SIGNATURE CERTIFICATION

I am the ECF User whose identification and password are being used to file the foregoing **JOINT REPORT RE RESULTS OF SETTLEMENT CONFERENCE**. In compliance with the General Order, I hereby attest that the other signatories to this filing have concurred in this filing.

Dated: June 30, 2017          VENABLE LLP

By: /s/ Tamany Vinson Bentz
    Douglas C. Emhoff
    Tamany Vinson Bentz
    Matthew J. Busch
    Attorneys for Plaintiff Jukin Media, Inc.